

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# U.S. District Court for the Northern District Of Illinois
## Appearance Form for Pro Se Litigants

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney). **Please PRINT legibly.**

Case Title:  Charles Leclerc v. Red Bull North America, Inc., et al.  Case Number: _____

An appearance is hereby filed by the undersigned as a pro se litigant: 1:26-cv-07715
Judge Sharon Johnson Coleman
Magistrate Judge Karyn L Bass Ehler
RANDOM / Cat. 2

Name:  Charles Leclerc

Street Address:  400 W. Ontario St., #603

City/State/Zip:  Chicago, IL 60654

Phone Number:  (612) 600-4044

/s/ Charles Leclerc                                             Jul 1, 2026
                    Signature                                   Executed on (date)

# REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

☒  I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

charles_leclerc@outlook.com
**E-Mail Address (Please PRINT legibly.)**

Rev. 06/23/2016



FILED
7/1/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
MAM

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]