

United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

Thomas G. Bruton
Clerk of Court

# Document Deficiency Notice

_____

**Case Number:** _____    **Judge:** _____

**Document Description:** _____

This submission was delivered to the Clerk's Office by    **X** Mail        Intake Counter        Dropbox        Pro Se Portal

The party is advised that the document appeared not to be in compliance with a federal rule, local rule, or local procedure as indicated below.

The pleading was not signed  (Fed. R. Civ. Pro. 11)

The required notice time on the notice of motion is not sufficient   (LR 5.3)

Formatting noncompliance (LR 5.2)

The brief is in excess of 15 pages  (LR 7.1)

The attached document was submitted in paper form by an attorney who is a registered e-filer (Fed. R. Civ. Pro. 5(d)(3)(A); LR 5.2(a))

No fee payment or IFP submitted

No case information on the document

Incorrect file format submitted

Document(s) submitted is/are marked to be filed under seal

Multiple documents were submitted and separated by Clerk's staff

The presentment date on the notice of motion does not match with the date on your schedule

Exhibits submitted separately

Other:

Deputy Clerk: _____        Date: _____

Revised:  11-13-2025