

**BC** AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2) LJ

FILED
7/13/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Civil Action No. **26-cv-7715**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Kim Brooks, individually**
was received by me on **7/12/2026**:

☐ I personally served the **Complaint; Summons** on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Mae Brooks**, a person of suitable age and discretion who resides at **4341 Manzanita Way, Oceanside, CA 92057**, on **07/12/2026 at 7:53 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 88.00** for services, for a total of **$ 88.00**.

I declare under penalty of perjury that this information is true.

Date: 07/12/2026

_____
*Server's signature*

**Dakotah Douglas**
*Printed name and title*

**3102 Via Merde**
**Carlsbad, CA 92010**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons, to Mae Brooks who identified themselves as the co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs.**





Tracking #: **0231985101**

 evidencechain™

Service Detail Report

**Charles Leclerc v. Red Bull North America, Inc; Et Al**

Case Number 26-cv-7715 | US District Court, Illinois, Northern District, Eastern Division, Chicago

---

**SERVED**

## Kim Brooks, individually

**4341 Manzanita Way Oceanside, CA 92057-6605**

### Process Server

**Dakotah Douglas**
License: 3564

## Summary

Kim Brooks, individually was served by Substitute Service on 7/12/2026 at 7:53 PM PDT by process server Dakotah Douglas.

The subject's address was provided by the customer.

1 earlier attempt was made to reach the subject at a previous address: 1630 Stewart St, Santa Monica, CA 90404-4020

## Validation Checks

| | |
|---|---|
| ⊙ **GPS** | Service was recorded 75.63ft from the service address, which is within the bounds of expectation. |
| 📷 **Photo** | A photo was taken at the time of service. |

## ✔ Substitute Service

**Date:** 7/12/2026  **Time:** 7:53 PM PDT
**Address:** 4341 Manzanita Way, Oceanside, CA 92057-6605
**GPS Coordinates:** 33.232548 -117.305758  **Process Server:** Dakotah Douglas
**License:** 3564

**Attachments**





📍 Address  📍 GPS

I delivered the documents to Mae Brooks who identified themselves as the co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs.

---

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

 evidencechain™

Service Detail Report

**Charles Leclerc v. Red Bull North America, Inc; Et Al**

Case Number 26-cv-7715 | US District Court, Illinois, Northern District, Eastern Division, Chicago

## Event History

### 5 Served by Substitute Service

**Date:** 7/12/2026 **Time:** 7:53 PM PDT
**Address:** 4341 Manzanita Way, Oceanside, CA 92057-6605
**GPS Coordinates:** 33.232548 -117.305758 **Process Server:** Dakotah Douglas
**License:** 3564

**Attachments**

 

📍 Address   📍 GPS

By delivery to Mae Brooks, I delivered the documents to Mae Brooks who identified themselves as the co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian female contact 55-65 years of age, 5'-5'4" tall and weighing 120-140 lbs.

### 4 Process Server Assigned

**Date:** 7/12/2026 **Time:** 8:47 AM PDT
**Process Server:** Dakotah Douglas **License:** 3564

Documents Received: Process server received documents for Kim Brooks, individually.

### 3 Customer Activity

**Date:** 7/9/2026 **Time:** 9:54 PM CDT

Customer added and/or prioritized the following addresses:
Customer approved $88.00 auto payment per address.
1: 4341 Manzanita Way, Oceanside, San Diego County, CA 92057

### 2 Service Attempt - Previous Address

**Date:** 7/9/2026 **Time:** 5:34 PM PDT
**Address:** 1630 Stewart St, Santa Monica, CA 90404-4020
**GPS Coordinates:** 34.032278 -118.468299 **Process Server:** Andranik Kalashian **License:** 2025157745

**Attachments**



📍 Address   📍 GPS

I spoke with an individual who identified themselves as the security. Stating to try come back tomorrow.

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

 *evidence*chain™

**Charles Leclerc v. Red Bull North America, Inc; Et Al**

Case Number 26-cv-7715 | US District Court, Illinois, Northern District, Eastern Division, Chicago

---

**1** **Process Server Assigned**

**Date:** 7/9/2026 **Time:** 4:16 PM PDT
**Process Server:** Andranik Kalashian **License:** 2025157745

---

Documents Received: Process server received documents for Kim Brooks, individually.

---

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.



Service Detail Report

**Charles Leclerc v. Red Bull North America, Inc; Et Al**

Case Number 26-cv-7715 | US District Court, Illinois, Northern District, Eastern Division, Chicago

## Photos Appendix

**Served by Substitute Service on 7/12/2026 7:53 PM PDT (1 Photo)**

4341 Manzanita Way, Oceanside, CA 92057-6605



**1st Attempt on 7/9/2026 5:34 PM PDT (No photos available)**

1630 Stewart St, Santa Monica, CA 90404-4020

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.