**BC** AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)



**FILED**
7/13/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
LJ

Civil Action No.     **26-cv-7715**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Red Bull North America, Inc.**
was received by me on  **7/10/2026:**

☐   I personally served the **Complaint; Summons** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Derrick Hackett**, who is designated by law to accept service of process on behalf of **Red Bull North America, Inc.** at **208 S. LaSalle St Suite 814, Chicago, IL 60604-1101** on **07/10/2026 at 2:46 PM**; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 110.00** for services, for a total of **$ 110.00**.

I declare under penalty of perjury that this information is true.

Date:  07/10/2026

_____
*Server's signature*

**Christopher Anthony Rodriquez**
*Printed name and title*

**10 South Riverside Plaza**
**Suite 875**
**Chicago, IL 60606**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to Derrick Hackett who identified themselves as the person authorized to accept. The individual appeared to be a brown-haired black male contact 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with glasses.**



Tracking #: **0231797746**



 **evidence**chain™

Service Detail Report

**Charles Leclerc v. Red Bull North America, Inc; Et Al**

Case Number 26-cv-7715 | US District Court, Illinois, Northern District, Eastern Division, Chicago

---

`SERVED`

## Red Bull North America, Inc.

**208 S La Salle St Ste 814 Chicago, IL 60604-1101**

 ### Process Server

**Christopher Anthony Rodriquez**
License: 129-386636

## Summary

Red Bull North America, Inc. was served by Personal Service on 7/10/2026 at 2:46 PM CDT by process server Christopher Anthony Rodriquez.

The subject's address was provided by the customer.

## Validation Checks

| ⊙ GPS | Service was recorded 151.43ft from the service address, which is within the bounds of expectation. |
|---|---|

## ✓ Personal Service

**Date:** 7/10/2026  **Time:** 2:46 PM CDT
**Address:** 208 S La Salle St Ste 814, Chicago, IL 60604-1101
**GPS Coordinates:** 41.879346 -87.632057  **Process Server:** Christopher Anthony Rodriquez  **License:** 129-386636

### Attachments



 📍 Address  📍 GPS

---

I delivered the documents to Derrick Hackett who identified themselves as the person authorized to accept. The individual appeared to be a brown-haired black male contact 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with glasses.

---

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

 evidencechain™

Service Detail Report

**Charles Leclerc v. Red Bull North America, Inc; Et Al**

Case Number 26-cv-7715 | US District Court, Illinois, Northern District, Eastern Division, Chicago

## Event History

**2** **Served by Personal Service**

**Date:** 7/10/2026  **Time:** 2:46 PM CDT
**Address:** 208 S La Salle St Ste 814, Chicago, IL 60604-1101
**GPS Coordinates:** 41.879346 -87.632057  **Process Server:** Christopher Anthony Rodriquez  **License:** 129-386636

Attachments



📍 Address   📍 GPS

By delivery to Derrick Hackett, I delivered the documents to Derrick Hackett who identified themselves as the person authorized to accept. The individual appeared to be a brown-haired black male contact 25-35 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with glasses.

**1** **Process Server Assigned**

**Date:** 7/10/2026  **Time:** 2:33 PM CDT
**Process Server:** Christopher Anthony Rodriquez  **License:** 129-386636

Documents Received: Process server received documents for Red Bull North America, Inc..

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

**ℰevidence**chain™

**Charles Leclerc v. Red Bull North America, Inc; Et Al**

Case Number 26-cv-7715 | US District Court, Illinois, Northern District, Eastern Division, Chicago

## Photos Appendix

**Served by Personal Service on 7/10/2026 2:46 PM CDT (No photos available)**

208 S La Salle St Ste 814, Chicago, IL 60604-1101

---

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.