

**BC**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

**FILED**
**7/13/2026**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LJ

Civil Action No.　　**26-cv-7715**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for　**Juan C. Castaneda, individually**
was received by me on　**7/10/2026:**

☒　I personally served the **Complaint; Summons** on the individual at **3280 Mckinley St, Carlsbad, CA 92008** on **07/10/2026 at 6:36 PM**; or

☐　I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐　I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐　 I returned the summons unexecuted because ; or

☐　Other *(specify)*

My fees are $ 0 for travel and **$ 88.00** for services, for a total of **$ 88.00**.

I declare under penalty of perjury that this information is true.

Date:　07/10/2026

_____
*Server's signature*

**Maribel Franco**
*Printed name and title*

**3535 Glen Ave**
**Apt 328**
**Carlsbad, CA 92010**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to Juan C. Castaneda, individually with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 45-55 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with an accent.**



Tracking #: **0231845198**



 *evidencechain*™

Service Detail Report

**Charles Leclerc v. Red Bull North America, Inc; Et Al**

Case Number 26-cv-7715 | US District Court, Illinois, Northern District, Eastern Division, Chicago

---

**SERVED**

## Juan C. Castaneda, individually

3280 McKinley St Carlsbad, CA 92008-1922

### Process Server

Maribel Franco
License: 3799

## Summary

Juan C. Castaneda, individually was served by Personal Service on 7/10/2026 at 6:36 PM PDT by process server Maribel Franco.

The subject's address was provided by the customer.

1 earlier attempt was made to reach the subject at a previous address: 2659 State St, Carlsbad, CA 92008-1627

## Validation Checks

| | | |
|---|---|---|
| 📍 GPS | | Service was recorded 63.76ft from the service address, which is within the bounds of expectation. |
| 📷 Photo | | A photo was taken at the time of service. |

## ✔ Personal Service

**Date:** 7/10/2026  **Time:** 6:36 PM PDT
**Address:** 3280 McKinley St, Carlsbad, CA 92008-1922
**GPS Coordinates:** 33.162277 -117.336318  **Process Server:** Maribel Franco
**License:** 3799

### Attachments

  
  

📍 Address  📍 GPS

I delivered the documents to Juan C. Castaneda, individually with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 45-55 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with an accent.

---

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

 evidencechain™

Service Detail Report

**Charles Leclerc v. Red Bull North America, Inc; Et Al**

Case Number 26-cv-7715 | US District Court, Illinois, Northern District, Eastern Division, Chicago

## Event History

**6** **Served by Personal Service**

**Date:** 7/10/2026  **Time:** 6:36 PM PDT
**Address:** 3280 McKinley St, Carlsbad, CA 92008-1922
**GPS Coordinates:** 33.162277 -117.336318  **Process Server:** Maribel Franco
**License:** 3799

**Attachments**

  



📍 Address  📍 GPS

By delivery to Juan C. Castaneda, Individually, I delivered the documents to Juan C. Castaneda, individually with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Hispanic male contact 45-55 years of age, 5'8"-5'10" tall and weighing 140-160 lbs with an accent.

**5** **Process Server Assigned**

**Date:** 7/10/2026  **Time:** 2:20 PM PDT
**Process Server:** Maribel Franco  **License:** 3799

Documents Received: Process server received documents for Juan C. Castaneda, individually.

**4** **Add Address**

**Date:** 7/10/2026  **Time:** 2:01 PM PDT

New address added:
3280 Mckinley St, Carlsbad, CA 92008

**3** **Non Service Confirmed**

**Date:** 7/10/2026  **Time:** 2:00 PM PDT
**Address:** 2659 State St, Carlsbad, CA 92008-1627

Other

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

 *evidence*chain™

Service Detail Report

**Charles Leclerc v. Red Bull North America, Inc; Et Al**

Case Number 26-cv-7715 | US District Court, Illinois, Northern District, Eastern Division, Chicago

---

**2**   **Service Attempt - Previous Address**

**Date:** 7/10/2026   **Time:** 1:16 PM PDT
**Address:** 2659 State St, Carlsbad, CA 92008-1627
**GPS Coordinates:** 33.163025 -117.35157   **Process Server:** Maribel Franco
**License:** 3799

**Attachments**

  

 Address    GPS

---

I spoke with an individual who identified themselves as the employee and they stated service not permitted. This is a workplace alternative. This is not subject place of work. No drop off service is permitted

---

**1**   **Process Server Assigned**

**Date:** 7/10/2026   **Time:** 12:21 PM PDT
**Process Server:** Maribel Franco   **License:** 3799

---

Documents Received: Process server received documents for Juan C. Castaneda, individually.

---

**Charles Leclerc v. Red Bull North America, Inc; Et Al**

Case Number 26-cv-7715 | US District Court, Illinois, Northern District, Eastern Division, Chicago

---

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.

**e**evidencechain™

Service Detail Report

**Charles Leclerc v. Red Bull North America, Inc; Et Al**

Case Number 26-cv-7715 | US District Court, Illinois, Northern District, Eastern Division, Chicago

## Photos Appendix

**Served by Personal Service on 7/10/2026 6:36 PM PDT (3 Photos)**
3280 McKinley St, Carlsbad, CA 92008-1922

 

©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.



Service Detail Report

**Charles Leclerc v. Red Bull North America, Inc; Et Al**

Case Number 26-cv-7715 | US District Court, Illinois, Northern District, Eastern Division, Chicago

**Served by Personal Service on 7/10/2026 6:36 PM PDT (3 Photos)**
3280 McKinley St, Carlsbad, CA 92008-1922



©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.



Service Detail Report

**Charles Leclerc v. Red Bull North America, Inc; Et Al**

Case Number 26-cv-7715 | US District Court, Illinois, Northern District, Eastern Division, Chicago

**1st Attempt on 7/10/2026 1:16 PM PDT (2 Photos)**
2659 State St, Carlsbad, CA 92008-1627




©2025 ABC Legal Services. EvidenceChain™ is a comprehensive look at the service of process event and history compiled from the records of ABC Legal Services, LLC. This information matches our logs at the time of printing, but may be subsequently updated. Additional detail, including higher-resolution imagery and supporting evidence, may be available online.