**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Charles Leclerc v. Red Bull North America, Inc., et al.      Case Number: 26-cv-7715

An appearance is hereby filed by the undersigned as attorney for:
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Attorney name (type or print):  James P. Mooney

Firm:    Miller Shakman Levine & Feldman LLP

Street address:    30 West Monroe Street, Suite 1900

City/State/Zip:    60603

Bar ID Number:  6338280                    Telephone Number:    312-263-3700
(See item 3  in instructions)

Email Address: jmooney@millershakman.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's general bar? | ☒ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ☒ No |

If this is a criminal case, check your status.      ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on July 27, 2026

Attorney signature:    S/ Jame P. Mooney  _____
                (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023