**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES LECLERC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-CV-07715 |
| | ) | |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | |
| RED BULL NORTH AMERICA, INC.; | ) | Magistrate Judge Karyn L. Bass Ehler |
| OGLETREE, DEAKINS,NASH, SMOAK & | ) | |
| STEWART, P.C.; KIM BROOKS; and | ) | |
| JUAN CASTANEDA, | ) | |
| | ) | |
| Defendants. | ) | |

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.'S MOTION TO EXTEND
TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree Deakins") moves for a 28-day extension, to and including August 28, 2026, by which to answer or otherwise respond to the Complaint. In support of this Motion, Ogletree Deakins states as follows:

1. *Pro se* Plaintiff Charles Leclerc ("Plaintiff") filed a 136-paragraph, 44-page Complaint against Ogletree Deakins and others on July 1, 2026.[1]

2. The Complaint arises out of an on-going arbitration Plaintiff initiated against co-defendant Red Bull North America, Inc. ("Red Bull"). Ogletree Deakins represented Red Bull in connection with the underlying arbitration.

3. Ogletree Deakins was served with a copy of the Complaint and Summons on July 10, 2026. The date for Ogletree Deakins to answer or otherwise respond to the Complaint is July 31, 2026.

---

[1] On information and belief, Plaintiff has not paid the filing fee required by Local Rule 3.3 or submitted an In Forma Pauperis Application and Financial Affidavit notwithstanding the Court's July 1, 2026 Order requiring him to do so by July 16, 2026. ECF Dkt. #5.

4.      Due to pre-existing professional and personal commitments, Ogletree Deakins and its counsel require additional time to answer or otherwise respond to the Complaint.

5.      On July 27, 2026, undersigned counsel asked Plaintiff if he had any objection to a 28-day extension of the date for Ogletree Deakins to answer or otherwise respond to the Complaint. Plaintiff objected to the requested extension of time.

6.      This Motion is not brought for the purpose of delay. It is brought to provide Ogletree Deakins with sufficient time to answer or otherwise respond to the Complaint.

**WHEREFORE**, Ogletree Deakins respectfully requests that the Court grant this Motion and enter an Order (i) providing it with an additional 28 days, to and including August 28, 2026, by which to answer or otherwise respond to the Complaint and (ii) granting such other relief as the Court deems just and proper.

Dated: July 27, 2026                              Respectfully submitted,


OGLETREE, DEAKINS,NASH, SMOAK &
STEWART, P.C.

By: /s/ *Zachary J. Freeman*
One of Its Attorneys

Edward W. Feldman
Zachary J. Freeman
James P. Mooney
MILLER SHAKMAN LEVINE & FELDMAN LLP (No. 90236)
30 W. Monroe Street, Suite 1900
Chicago, Illinois 60603
(312) 263-3700
efeldman@millershakman.com
zfreeman@millershakman.com
jmooney@millershakman.com

2