## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES LECLERC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-CV-07715 |
| | ) | |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | |
| RED BULL NORTH AMERICA, INC.; | ) | Magistrate Judge Karyn L. Bass Ehler |
| OGLETREE, DEAKINS,NASH, SMOAK & | ) | |
| STEWART, P.C.; KIM BROOKS; and | ) | |
| JUAN CASTANEDA, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

To:    Charles Leclerc, 400 West Ontario Street, #603, Chicago, IL 60654

PLEASE TAKE NOTICE that on **August 4, 2026, at 10:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sharon Johnson Coleman or any Judge sitting in her stead in **Courtroom 1241** of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL and shall then and present **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s Motion to Extend Time to Answer or Otherwise Respond to the Complaint,** a copy of which is being served herewith.

Dated: July 27, 2026

OGLETREE, DEAKINS, NASH, SMOAK,
& STEWART, P.C.

By:    /s/Zachary J. Freeman
       One of Its Attorneys

Zachary J. Freeman (ARDC #6281413)
Edward W. Feldman (ARDC #6187541)
James P. Mooney (ARDC #6338280)
Miller Shakman Levine & Feldman LLP
30 West Monroe Street, Suite 1900
Chicago, IL 60601
Tel:  (312) 236-3700
Fax: (312) 263-3270
zfreeman@millershakman.com
efeldman@millershakman.com
jmooney@millershakman.com