



GMC

UNITED STATES DISTRICT COURT      )
FOR THE NORTHERN DISTRICT OF ILLINOIS      )
EASTERN DIVISION      )

CHARLES LECLERC,      )      Case No. 1:26-cv-07715

      )      Judge Sharon Johnson Coleman

Plaintiff,      )

v.      )

RED BULL NORTH AMERICA, INC.;      )
OGLETREE, DEAKINS, NASH,      )
SMOAK & STEWART, P.C.;      )
KIM BROOKS; and      )
JUAN CASTANEDA,      )
Defendants.      )

# PLAINTIFF'S OPPOSITION TO OGLETREE DEAKINS' MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Plaintiff Charles Leclerc, proceeding pro se, respectfully opposes Defendant Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s Motion to Extend Time to Answer or Otherwise Respond to the Complaint (Dkt. 21). The motion should be denied or, in the alternative, limited to a period that preserves the existing case schedule.

## 1. The Motion Does Not Set Forth Good Cause in Sufficient Detail

Federal Rule of Civil Procedure 6(b)(1)(A) permits an extension only "for good cause." Judge Coleman's standing procedures further provide that a motion for extension "shall not be granted

except on a showing of good cause" and that the circumstances warranting an extension "shall be set forth in detail by written motion."

Ogletree Deakins states only that it and its counsel have "pre-existing professional and personal commitments." Dkt. 21 ¶ 4. The motion does not identify the nature or duration of those commitments, explain why they prevent a response by July 31, or explain why a full 28-day extension is necessary. The single sentence offered is not the detailed showing required by the Court's procedures.

Without more, the motion fails to provide the Court with sufficient information to evaluate whether good cause exists. Plaintiff respectfully submits that the motion should be denied on this basis.

**2. The Motion Is Noticed for Presentment After the Existing Deadline**

Ogletree Deakins' response deadline is July 31, 2026. The motion is noticed for presentment on August 4, 2026—four days after the deadline will have passed. Judge Coleman's motion procedures state that motions for extension of time "must be presented prior to the expiration of the deadline or demonstrate excusable neglect." The motion does not attempt to demonstrate excusable neglect.

Presentment after the deadline, without any showing of excusable neglect, is inconsistent with the Court's procedures and provides an additional reason to deny the requested extension.

**3. The Requested Extension Would Extend Beyond the Initial Status-Report Deadline**

Ogletree Deakins requests until August 28, 2026 to respond. The parties' initial joint status report is due at least three business days before the September 1, 2026 status hearing. Under the Court's procedures, that places the status-report deadline on or about August 27, 2026.

Extending Ogletree Deakins' deadline until after the status report is due would limit the parties' ability to meaningfully confer regarding the pleadings, anticipated motions, and proposed case schedule. The status report should reflect the actual posture of the case. Plaintiff therefore respectfully requests that any extension be limited so that Ogletree Deakins responds before the status report is due.

**4. Correction of Factual Error Regarding the Filing Fee**

Footnote 1 of Ogletree Deakins' motion states, on information and belief, that Plaintiff "has not paid the filing fee required by Local Rule 3.3 or submitted an In Forma Pauperis Application and Financial Affidavit." That statement is incorrect.

Plaintiff paid the $405 civil filing fee through Pay.gov on July 1, 2026. The Pay.gov confirmation is attached as Exhibit A, and the Northern District of Illinois invoice identifying Case No. 1:26-cv-07715 and the $405 civil filing fee is attached as Exhibit B. Plaintiff respectfully requests that the Court disregard Defendant's contrary statement.

**CONCLUSION**

Ogletree Deakins has not demonstrated good cause for a 28-day extension. Its motion lacks the detail required by the Court's procedures, is noticed for presentment after the current deadline

without a showing of excusable neglect, and would extend its response deadline beyond the initial status-report deadline. Plaintiff respectfully requests that the Court deny the requested extension.

Dated: July 27th, 2026

Respectfully submitted,


/s/ Charles Leclerc

Charles Leclerc

Plaintiff, Pro Se

400 W. Ontario St., #603

Chicago, IL 60654

(612) 600-4044

charles_leclerc@outlook.com


**EXHIBIT A: Northern District of Illinois court invoice**

**EXHIBIT B: Pay.gov payment confirmation**

# EXHIBIT A

**UNITED STATES DISTRICT COURT | NORTHERN DISTRICT OF ILLINOIS**
Office of the Clerk of Court |Thomas G. Bruton, Clerk of Court
**Email request to:** CCD_ILND@ilnd.uscourts.gov

**Customer Information:**    Name: _____

Email Address: _____    Telephone Number: _____
                                                                                                            (Required for online payment)

Case Number (If applicable): _____

**Payment Options:** Paying by credit card is the fastest way to have your request processed. The Court will **invoice** you and send a secure Pay.gov link for quick online payment. You may also pay by check or in-person, but these options may take longer.

Select Payment Option: ☐ Credit Card        ☐ Payment by Check, made payable to Clerk, U.S. District Court,        ☐ In-Person
                                                           sent in the mail to: 219 S. Dearborn St., 20th Floor, Chicago, IL 60604

*Request Number (Entered by Deputy Clerk): _____

| Request Type | Cost Per Item | Quantity | Sub Total |
|---|---|---|---|
| Photocopies (per page) <br><br> Document Number(s): <br> _____ <br> _____ | | | |
| Name Change Petition <br><br> Name: _____ <br> Date of Ceremony: _____ | | | |
| Certified Copy of Name Change Petition <br><br> Name: _____ <br> Date of Ceremony: _____ | | | |
| Certification of Documents <br><br> Document Number(s): <br> _____ <br> _____ | | | |
| Letters Rogatory or Letter of Request | | | |
| Exemplification of Documents <br><br> Document Number(s): <br> _____ <br> _____ | | | |
| Apostille <br><br> Document Number(s): <br> _____ <br> _____ | | | |
| Certificate of Good Standing | | | |

Updated 3-9-2026

| | | | |
|---|---|---|---|
| Certificate of Admission | | | |
| Recording Production (Digital Media Exhibits) Docket No(s): _____ _____ | | | |
| Certificate Search/Audio Recording (Reproducing Recording of Court Proceeding) Name or Hearing: _____ Date Range from _____ to and including _____ ☐ Civil ☐ Criminal ☐ Civil and Criminal | | | |
| Certification of Judgment (AO 451) | | | |
| Retrieval of Case File/Docket Sheet – 1st box | | | |
| Retrieval of Case File/Docket Sheet – additional box | | | |
| Federal Record Center SmartScan – non-certified copies only. Fee per page $0.65 | | | |
| Civil Filing Fee | | | |
| Habeas Filing Fee | | | |
| Miscellaneous Filing Fee/Registration of Foreign Judgment | | | |
| U.S. Court of Appeals Docketing Fee and Notice of Appeal | | | |
| Misdemeanor Appeal (Magistrate Judge to District Judge) | | | |

Total Amount Owed for Items Requested: _____

Updated 3-20-2026

# EXHIBIT B

 **Outlook**

---

**Pay.gov Payment Confirmation: ILND MISC Payments**

---

From  notification@pay.gov <notification@pay.gov>

Date  Wed 7/1/2026 4:12 PM

To  charles_leclerc@outlook.com <charles_leclerc@outlook.com>

 An official email of the United States government



Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact ILND MISC Payments at (312) 435-5691 or ILND_MISCPAY@ILND.USCOURTS.GOV.

Application Name: ILND MISC Payments
Pay.gov Tracking ID: 283PBSJP
Agency Tracking ID: CFF070126-CL4044
Transaction Type: Sale
Transaction Date: 07/01/2026 05:12:40 PM EDT
Account Holder Name: Charles J Leclerc
Transaction Amount: $405.00
Card Type: Visa
Card Number: ************6755

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

 Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service