**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES LECLERC | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:26-cv-07715 |
| | ) | |
| RED BULL NORTH AMERICA, INC., | ) | Hon. Sharon Johnson Coleman |
| OGLETREE, DEAKINS, NASH, | ) | |
| SMOAK & STEWART, P.C.; | ) | Magistrate Hon. Karyn L. Bass Ehler |
| KIM BROOKS, individually; and | ) | |
| JUAN C. CASTANEDA, individually, | ) | |
| | ) | |
|     Defendants. | | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendants, Red Bull North America, Inc. ("Red Bull"), Kim Brooks ("Brooks"), and Juan C. Castaneda ("Castaneda") collectivity (the "Defendants"), pursuant to Federal Rule of Civil Procedure 6, requests this Court grant them an extension of thirty (30) days to answer or otherwise plead to Plaintiffs' Complaint, up to and including September 2, 2026. In support, the Defendants state:

1.	On July 1, 2026, Plaintiff Charles Leclerc ("Plaintiff") filed its Complaint. Doc. 11.

2.	The current deadline for Defendants Red Bull and Castaneda to file their responsive pleading to Plaintiff's Complaint is July 31, 2026. *See* Doc. 16-17.

3.	The Current deadline for Defendant Brooks to file its responsive pleading to Plaintiff's Complaint is August 3, 2026. *See* Doc. 14.

4.	Counsel was recently retained to represent the Defendants in this matter.

5.	Counsel for the Defendants has yet to receive and review the entire file or meet with their clients to discuss the full nature and extent of the case.

1

6. Further, Ms. Schlatter has pre-planned travel and will be unavailable from August 9 through August 21, 2026, further necessitating the need for a thirty (30) day extension in time to respond to Plaintiff's Complaint.

7. Accordingly, the Defendants respectfully request an extension of thirty (30) days to file their responsive pleading.

8. This is the Defendants' first request for an extension of time to file a responsive pleading to Plaintiffs' Complaint.

9. The extension requested will not cause undue delay and will not result in any prejudice to any of the parties involved.

10. Counsel for the Defendants contacted Plaintiff regarding this request, and Plaintiff objected to this extension of time.

WHEREFORE, Defendants, Red Bull North America, Inc., Kim Brooks, and Juan C. Castaneda respectfully request this Court grant them an extension of thirty days until September 2, 2026 to answer or otherwise plead, and grant any other relief this Court deems equitable and just.

Dated: July 28, 2026          Respectfully submitted,

**RED BULL NORTH AMERICA, INC., KIM BROOKS, AND JUAN C. CASTANEDA**

*/s/ David J. Stein*

David J. Stein (6307086)
Kara E. Angeletti (6329388)
Addison Schlatter (6348632)
GREENBERG TRAURIG, LLP
360 North Green, Suite 1300
Chicago, Illinois 60607

2

T: (312) 456-1003
F: (312) 456-8435
David.Stein@gtlaw.com
Angelettik@gtlaw.com
Addison.Schlatter@gtlaw.com
*Attorneys for Defendants Red Bull North America., Inc, Kim Brooks & Juan C. Castaneda*

## CERTIFICATE OF SERVICE

I, David J. Stein, hereby certify that on July 28, 2026, a true and correct copy of **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT** was served electronically on all counsel through the Court's ECF system. record.

*/s/ David J. Stein*

4