## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division


Charles Leclerc

Plaintiff,

v.                                                        Case No.: 1:26–cv–07715
                                                         Honorable Sharon Johnson Coleman

Red Bull North America, Inc., et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, July 29, 2026:


     MINUTE entry before the Honorable Sharon Johnson Coleman: The Court grants Defendants' motions to extend their responsive pleading deadlines [21], [25], over Mr. Lerclerc's opposition to the first motion and presumed opposition to the second motion. Each Defendant's respective responsive pleading deadline is extended to 8/31. In response to Mr. Leclerc's concern about the timing of the joint status report, the Court will sua sponte continue the upcoming initial status conference to 9/8/2026 at 9:45 a.m. The parties' joint status report will be due three business days beforehand. No appearance necessary for either motion on 8/4/2026; as such, Mr. Leclerc's emailed request for permission to appear remotely is denied as moot. Finally, in response to Defendant Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s footnoted concern, the Court confirms that Mr. Leclerc has paid his filing fee. Mailed notice. (ym)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.