**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES LECLERC | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:26-cv-07715 |
| | ) | |
| RED BULL NORTH AMERICA, INC., | ) | Hon. Sharon Johnson Coleman |
| OGLETREE, DEAKINS, NASH, | ) | |
| SMOAK & STEWART, P.C.; | ) | Magistrate Hon. Karyn L. Bass Ehler |
| KIM BROOKS, individually; and | ) | |
| JUAN C. CASTANEDA, individually, | ) | |
| | ) | |
|     Defendants. | | |

**DEFENDANT'S NOTIFICATION OF AFFILIATES**

Defendant Red Bull North America, Inc., pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, submits the following disclosures:

1. Red Bull North America, Inc. states that neither Red Bull North America, Inc. nor its parent company, Red Bull GmbH, is publicly held, and no publicly held corporation owns 10 percent or more of Red Bull North America, Inc.'s or its parent company Red Bull GmbH's stock.

2. Defendant reserves the right to amend and/or supplement this disclosure in the future.

Dated: July 29, 2026

Respectfully submitted,

*/s/ David J. Stein*

David J. Stein
Kara E. Angeletti
Addison Schlatter
Greenberg Traurig, LLP
360 North Green Street, Suite 1300
Chicago, IL 60607
Tel.: (312) 456-1003

1

Fax: (312) 456-8435
David.Stein@gtlaw.com
Angelettik@gtlaw.com
Addison.Schlatter@gtlaw.com
*Attorneys for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on July 29, 2026, a true and correct copy of the foregoing **DEFENDANT'S NOTIFICATION OF AFFILIATES** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of electronic filing to counsel of record for this case.

*/s/ David J. Stein*

3