**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES LECLERC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-CV-07715 |
| | ) | |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | |
| RED BULL NORTH AMERICA, INC.; | ) | Magistrate Judge Karyn L. Bass Ehler |
| OGLETREE, DEAKINS, NASH, SMOAK & | ) | |
| STEWART, P.C.; KIM BROOKS; and | ) | |
| JUAN CASTANEDA, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>OGLETREE'S LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES</u>

Pursuant to Local Rule 3.2, Ogletree Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree")
states that it has no parent corporation, publicly held corporation, or other entity or individual
owning, directly or indirectly, five percent (5%) or more of the firm that is required to be disclosed
under the Rule. Accordingly, there are no affiliates or owners subject to disclosure pursuant to
Local Rule 3.2. Ogletree reserves the right to amend and/or supplement this disclosure in the
future.

Dated: July 30, 2026

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.

By:  */s/ Zachary J. Freeman*
        One of Its Attorneys

Zachary J. Freeman (ARDC #6281413) (zfreeman@millershakman.com)
Edward W. Feldman (ARDC #6187541) (efeldman@millershakman.com)
James P. Mooney (ARDC #6338280) (jmooney@millershakman.com)
Miller Shakman Levine & Feldman LLP
30 West Monroe Street, Suite 1900
Chicago, IL 60603
(312) 263-3700