

**FILED**

8/9/2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MPV

| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | **)** | |
| **FOR THE NORTHERN DISTRICT OF ILLINOIS** | **)** | |
| **EASTERN DIVISION** | **)** | |
| | **)** | |
| **CHARLES LECLERC,** | **)** | **Case No. 1:26-cv-07715** |
| | **)** | **Judge Sharon Johnson Coleman** |
| **Plaintiff,** | **)** | |
| **v.** | **)** | |
| **RED BULL NORTH AMERICA, INC.;** | **)** | |
| **OGLETREE, DEAKINS, NASH,** | **)** | |
| **SMOAK & STEWART, P.C.;** | **)** | |
| **KIM BROOKS; and** | **)** | |
| **JUAN CASTANEDA,** | **)** | |
| **Defendants.** | **)** | |

# PLAINTIFF'S MOTION TO CONTINUE STATUS HEARING AND EX-CUSE IN-PERSON PRESENTMENT

_____

Plaintiff Charles Leclerc, proceeding pro se, respectfully moves to continue the status hearing currently scheduled for September 8, 2026, and states:

1. The Court originally scheduled the status hearing for September 1, 2026. Under the response deadlines then in effect, Plaintiff would have had substantial time to review Defendants' filings before the parties were required to discuss the status of the case and settlement and file their joint status report.

2. The Court subsequently extended Defendants' deadline to answer or otherwise respond to the Complaint through August 31, 2026, and continued the status hearing to September 8, 2026.

3. Because September 7, 2026, is a federal holiday, the joint status report is now due September 2, 2026—only two business days after Defendants' response deadline. If Defendants file dispositive or arbitration-related motions, Plaintiff will not have a meaningful opportunity to review and respond to those motions before the parties must conduct the Court-ordered status and settlement discussions and file their joint report.

4. A brief continuance until after Plaintiff files his responses would allow the parties to conduct those discussions and address the procedural posture of the case on a more informed basis. The requested continuance would not affect Defendants' August 31, 2026 deadline.

5. Plaintiff will separately notice this motion for presentment in accordance with the Court's procedures. Because the motion presents a limited scheduling issue that may be resolved on the papers, Plaintiff respectfully requests that the Court excuse in-person presentment if it determines that an appearance is unnecessary.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

A. Continue the September 8, 2026 status hearing, together with the corresponding joint status report deadline, to the Court's first convenient date after Plaintiff files his responses to Defendants' anticipated motions; and

B. Rule on this motion on the papers and excuse the parties from appearing for its presentment.

Dated: August 9th, 2026

Respectfully submitted,

/s/ Charles Leclerc

Charles Leclerc

Plaintiff, Pro Se

400 W. Ontario St., #603

Chicago, IL 60654

(612) 600-4044

charles_leclerc@outlook.com