

**BC**

FILED
8/9/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MPV

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **)** |
| **FOR THE NORTHERN DISTRICT OF ILLINOIS** | **)** |
| **EASTERN DIVISION** | **)** |

| | | |
|---|---|---|
| **CHARLES LECLERC,** | **)** | **Case No. 1:26-cv-07715** |
| | **)** | **Judge Sharon Johnson Coleman** |
| **Plaintiff,** | **)** | |
| **v.** | **)** | |
| **RED BULL NORTH AMERICA, INC.;** | **)** | |
| **OGLETREE, DEAKINS, NASH,** | **)** | |
| **SMOAK & STEWART, P.C.;** | **)** | |
| **KIM BROOKS; and** | **)** | |
| **JUAN CASTANEDA,** | **)** | |
| **Defendants.** | **)** | |

## NOTICE OF MOTION

---

TO: All counsel of record:

PLEASE TAKE NOTICE that on **Tuesday, August 18, 2026, at 10:00 a.m.**, or as soon thereafter as the matter may be heard, Plaintiff Charles Leclerc, proceeding pro se, will present his **Plaintiff's Motion to Continue Status Hearing and Excuse In-Person Presentment** before the Honorable Sharon Johnson Coleman, United States District Judge, in Courtroom 1241 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604.

Plaintiff will appear for presentment unless the Court enters an order stating that no appearance is necessary.

Dated: August 9th, 2026

Respectfully submitted,

/s/ Charles Leclerc

Charles Leclerc

Plaintiff, Pro Se

400 W. Ontario St., #603

Chicago, IL 60654

(612) 600-4044

charles_leclerc@outlook.com

## CERTIFICATE OF SERVICE

I certify that on August 9th, 2026, I electronically filed the foregoing Notice of Motion with the

Clerk of the Court using the Pro Se Filer PDF Submissions system, which will send notice of the

filing to all counsel of record.

/s/ Charles Leclerc

Charles Leclerc