**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Charles Leclerc

                              Plaintiff,

v.                                                    Case No.: 1:26–cv–07715
                                                      Honorable Sharon Johnson Coleman

Red Bull North America, Inc., et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 10, 2026:

        MINUTE entry before the Honorable Sharon Johnson Coleman: Due to upcoming scheduled trials in other cases, the Court is unable to accommodate Mr. Leclerc's request that the initial status conference be continued. His motion to that effect [33] is therefore denied. However, in order to permit more time for Mr. Leclerc to review Defendants' responsive pleadings and/or motions to dismiss, the Court will permit the parties to turn in their joint status report by 9/4/2026. Mr. Leclerc should also keep in mind that the purpose of a joint status report is to inform the Court as to each Party's plans moving forward; it does not need to contain a response to Defendant's responsive pleadings and/or motions to dismiss. The Court encourages Mr. Leclerc (and Defendants) to consult Judge Coleman's Standing Order for more details as to what the report should contain. No need to appear on 8/18/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.