**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES LECLERC<br>Plaintiff,<br><br>v.<br><br>RED BULL NORTH AMERICA, INC.,<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.;<br>KIM BROOKS, individually; and<br>JUAN C. CASTANEDA, individually,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br>1:26-cv-07715<br><br>Hon. Sharon Johnson Coleman<br><br>Magistrate Hon. Karyn L. Bass Ehler |

**DEFENDANTS KIM BROOKS AND JUAN CASTAÑEDA'S**
**MOTION FOR PAGE LIMIT EXTENSION**

Defendants, Kim Brooks ("Brooks") and Juan C. Castañeda ("Castañeda") collectivity (the "Individual Defendants"), pursuant to Northern District of Illinois Local Rule 7.1 and this Court's Motion Practice Standing Order, respectfully request page extensions for their joint Memorandum of Law in Support of their Motion to Dismiss Plaintiff's Complaint. In support, the Individual Defendants state:

1. On July 1, 2026, Plaintiff Charles Leclerc ("Plaintiff") filed his Complaint (the "Complaint") *pro se*. Doc. 11.

2. The current deadline for the Individual Defendants to file their responsive pleadings to Plaintiff's Complaint is August 31, 2026. *See* Doc. 30. The Individual Defendants anticipate filing a combined Motion to Dismiss.

3. The Complaint is 54 pages, alleging four separate claims against four different defendants. The Complaint raises numerous procedural issues, including personal jurisdiction for both Brooks and Castañeda, statutory preemption, standing, and privilege. It also presents

substantive pleading deficiencies on each of the four claims, with certain differences as to the respective Defendants.

4. To properly address the allegations set forth in the Complaint, the Individual Defendants respectfully request additional pages for their Memorandum supporting their Motion to Dismiss. The Individual Defendants request an additional eight pages (23 pages total). This page extension will allow the Individual Defendants to adequately address the numerous allegations and myriad legal issues raised in Plaintiff's Complaint.

5. Counsel for the Defendants contacted Plaintiff regarding this request, and Plaintiff advises he opposes this Motion.

WHEREFORE, Defendants Kim Brooks and Juan C. Castañeda respectfully request that this Court grant their Motion for Page Limit Extension, permit Brooks and Castañeda to file a supporting Memorandum for their anticipated joint Motion to Dismiss that does not exceed 23 pages, and for any other relief this Court deems equitable and just.

Dated: August 24, 2026

Respectfully submitted,

**KIM BROOKS AND JUAN C. CASTAÑEDA**

*/s/ David J. Stein*

David J. Stein (6307086)
Kara E. Angeletti (6329388)
Addison Schlatter (6348632)
GREENBERG TRAURIG, LLP
360 North Green, Suite 1300
Chicago, Illinois 60607
T: (312) 456-1003
F: (312) 456-8435
David.Stein@gtlaw.com
Angelettik@gtlaw.com
Addison.Schlatter@gtlaw.com

*Attorneys for Defendants Red Bull North America., Inc., Kim Brooks, and Juan C. Castañeda*

## CERTIFICATE OF SERVICE

I, David J. Stein, hereby certify that on August 24, 2026, I electronically filed the foregoing **DEFENDANTS KIM BROOKS AND JUAN C. CASTAÑEDA'S MOTION FOR PAGE LIMIT EXTENSION** through the Electronic Case Filing System for the Northern District of Illinois, which will send notification of such filing to all counsel of record.

*/s/ David J. Stein*