**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Charles Leclerc

Plaintiff,

v.

Case No.: 1:26−cv−07715
Honorable Sharon Johnson Coleman

Red Bull North America, Inc., et al.

Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 24, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Over the objection of plaintiff, Defendants Kim Brooks, Juan C. Castaneda's motion for page limit extension [36] is granted. The Court sua sponte grants Plaintiff the same extended page limit to his response brief. No appearance necessary on 8/27/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.