**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES LECLERC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-CV-07715 |
| | ) | |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | |
| RED BULL NORTH AMERICA, INC.; OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.; KIM BROOKS; and JUAN CASTAÑEDA, | ) | Magistrate Judge Karyn L. Bass Ehler |
| | ) | |
| Defendants. | ) | |

**DEFENDANT OGLETREE'S MOTION TO DISMISS**

Defendant Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree") moves, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the three claims Plaintiff Charles Leclerc ("Leclerc") has filed against it. The legal bases to dismiss these claims are in the contemporaneously-filed Memorandum in Support of its Motion to Dismiss. The Court should dismiss these claims with prejudice because Leclerc cannot cure the defects through repleading.

WHEREFORE, Ogletree respectfully requests that the Court grant this Motion and enter an Order (i) dismissing Leclerc's three claims against Ogletree with prejudice and (ii) granting Ogletree such other relief as the Court deems just and proper.

Dated: August 31, 2026

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: /s/ *Zachary J. Freeman*
One of Its Attorneys

Edward W. Feldman
Zachary J. Freeman
James P. Mooney

MILLER SHAKMAN LEVINE & FELDMAN LLP
(No. 90236)
30 W. Monroe Street, Suite 1900
Chicago, Illinois 60603
(312) 263-3700
efeldman@millershakman.com
zfreeman@millershakman.com
jmooney@millershakman.com