**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES LECLERC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-CV-07715 |
| | ) | |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | |
| RED BULL NORTH AMERICA, INC.; OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.; KIM BROOKS; and JUAN CASTANEDA, | ) | Magistrate Judge Karyn L. Bass Ehler |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To: Charles Leclerc, 400 West Ontario Street, #603, Chicago, IL 60654

PLEASE TAKE NOTICE that on **September 8, 2026, at 10:00 a.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable Sharon Johnson Coleman or any Judge sitting in her stead in **Courtroom 1241** of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL and shall then and present **Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s Motion to Dismiss,** a copy of which is being served herewith.

Dated: August 31, 2026

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: /s/ *Zachary J. Freeman*
One of Its Attorneys

Edward W. Feldman
Zachary J. Freeman
James P. Mooney
MILLER SHAKMAN LEVINE & FELDMAN LLP (No. 90236)
30 W. Monroe Street, Suite 1900
Chicago, Illinois 60603
(312) 263-3700
efeldman@millershakman.com
zfreeman@millershakman.com
jmooney@millershakman.com