# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES LECLERC | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:26-cv-07715 |
| | ) | |
| RED BULL NORTH AMERICA, INC., | ) | Hon. Sharon Johnson Coleman |
| OGLETREE, DEAKINS, NASH, | ) | |
| SMOAK & STEWART, P.C.; | ) | Magistrate Hon. Karyn L. Bass Ehler |
| KIM BROOKS, individually; and | ) | |
| JUAN C. CASTANEDA, individually, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JUAN C. CASTAÑEDA**

I, Juan C. Castañeda, hereby declare and state as follows:

1. I am a Partner at the law firm of Castañeda + Heidelman LLP (the "C+H Firm"). I am over the age of 18. I have personal knowledge of the facts stated herein. If called upon to testify, I would and could competently do so.

2. I respectfully submit this Declaration in support of my Motion to Dismiss Plaintiff Charles Leclerc's ("Plaintiff") Complaint (the "Complaint") and Memorandum in support of same. My Motion to Dismiss and supporting Memorandum is submitted with co-defendant Kim Brooks ("Brooks").

3. I currently live in San Diego, California. I have lived in California for the last twenty-one years.

4. I have never lived or owned property in Illinois.

5. I have been a Partner at and partial owner of the C+H Firm since 2021. The C+H Firm has four offices in different areas of the country, and I work in the San Diego, California office.

6. I am not licensed to practice law in the State of Illinois. I am not admitted to any state or federal court in the State of Illinois. I have never been admitted *pro hac vice* to any state or federal court in the State of Illinois and thus have never represented any clients in litigation in any state or federal court in the State of Illinois, for the C+H Firm or otherwise.

7. The C+H Firm has one office in Illinois. I do not work from the C+H Firm's Illinois office, and I have never performed legal services from the C+H Firm's Illinois office. I have not traveled to Illinois for the legal services I provide clients at the C+H Firm. I am not involved in the day-to-day operations of the C+H Firm's Illinois office. I do not own or personally lease the physical office space for the C+H Firm's Illinois office.

8. I do not direct any work out of the C+H Firm's Illinois office or for any C+H Firm clients who are located in Illinois. In the course of my five years with the C+H Firm, I have only assisted on two projects for Illinois clients. I did not manage, direct, or otherwise lead either project. All of the supporting work I performed on these two projects I did remotely from California.

9. I have visited Illinois approximately once per year for the last five years to visit the C+H Firm's Illinois office and to visit family. These visits typically last no longer than three days and two nights. In the handful of times that I have visited the C+H Firm's Illinois office, I have not performed legal services from the office and have engaged only in personal connections with my colleagues.

10. Aside from limited visits to Illinois to foster partner relations within the C+H Firm, I have never worked in Illinois for any company. And prior to my work with the C+H Firm in 2021, I visited Illinois for similarly short stays only approximately twice in the five years prior.

Docusign Envelope ID: A877DAFE-914E-8369-832C-3D8331D90D69


11. I lived and worked in California during the relevant period in Plaintiff's Complaint as it relates to the allegations Plaintiff directs at me.

12. I sent and executed an engagement agreement with Red Bull North America, Inc. ("Red Bull") (the "Agreement") while I was in California.

13. I purchased and maintained the Adobe program used to execute the Agreement while in California.

14. I provided all legal consultation to Red Bull associated with my work performed under the scope of the Agreement from California.

15. In the scope of my work associated with the allegations in Plaintiff's Complaint, my primary client point of contact at Red Bull was Brooks. I understand Brooks is currently located in California and worked from California during the work I performed for Red Bull as it relates to the allegations in Plaintiff's Complaint. When I sent Brooks the Agreement, I understood that I was sending the document to an individual located in California.

16. I never traveled to Illinois in the course of my work associated with the allegations in Plaintiff's Complaint.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: August 31, 2026

Signed by:
/s/ Juan Castaneda
B3F141A3E54A4C5...
Juan C. Castañeda