**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES LECLERC<br>Plaintiff, | ) | |
| v. | ) | 1:26-cv-07715 |
| RED BULL NORTH AMERICA, INC.,<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.;<br>KIM BROOKS, individually; and<br>JUAN C. CASTANEDA, individually, | ) | Hon. Sharon Johnson Coleman<br><br>Magistrate Hon. Karyn L. Bass Ehler |
| Defendants. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Tuesday, September 8, 2026 at 10:00 a.m., Defendant, Red Bull North America., Inc., will appear before the Honorable Judge Sharon Johnson Coleman, in courtroom 1260 of the Everett McKinley Dirksen Building, at 219 S. Dearborn St., Chicago, Illinois 60602, and then and there present its Motion to Dismiss at which time you may appear if you see so fit.

Dated: August 31, 2026

Respectfully submitted,

*/s/ David J. Stein*

David J. Stein (6307086)
Kara E. Angeletti (6329388)
Addison Schlatter (6348632)
GREENBERG TRAURIG, LLP
360 North Green, Suite 1300
Chicago, Illinois 60607
T: (312) 456-1003
F: (312) 456-8435
David.Stein@gtlaw.com
Angelettik@gtlaw.com
Addison.Schlatter@gtlaw.com

*Attorneys for Defendant Red Bull North America., Inc.*

## CERTIFICATE OF SERVICE

I, David J. Stein, hereby certify that on August 31, 2026, I electronically filed the foregoing **NOTICE OF MOTION** through the Electronic Case Filing System for the Northern District of Illinois, which will send notification of such filing to all counsel of record.

*/s/ David J. Stein*