**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Charles Leclerc

Plaintiff,

v.

Case No.: 1:26−cv−07715
Honorable Sharon Johnson Coleman

Red Bull North America, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 1, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: All Defendants have filed motions to dismiss [39], [42], [44]. Mr. Leclerc's responses to each motion to dismiss will be due by 10/26/2026. As a reminder, Mr. Leclerc has a 15−page limit for responding to Defendant Ogletree's motion and to Defendant Red Bull's motion, and a 23−page limit for responding to Defendants Brook and Castaeda's motion. See dkt. 38. Defendants' respective reply briefs will all be due by 11/9/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.