BC

FILED
9/1/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MPV

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES LECLERC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-07715 |
| | ) | |
| v. | ) | Judge Sharon Johnson Coleman |
| | ) | |
| RED BULL NORTH AMERICA, INC.; OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.; KIM BROOKS; and JUAN C. CASTAÑEDA, | ) | Magistrate Judge Karyn L. Bass Ehler |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: All counsel of record:

PLEASE TAKE NOTICE that on Tuesday, September 8, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, Plaintiff Charles Leclerc, proceeding pro se, will present Plaintiff's Motion for Leave to File a Consolidated Opposition to Defendants' Motions to Dismiss and for Consolidated Page Limit (ECF No. 49) before the Honorable Sharon Johnson Coleman, United States District Judge, in Courtroom 1260 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60602.

Plaintiff will appear for presentment unless the Court enters an order stating that no appearance is necessary.

Dated: September 1, 2026

Respectfully submitted,

**/s/ Charles Leclerc**
Charles Leclerc
Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I certify that on September 1, 2026, I submitted the foregoing Notice of Motion to the Clerk of Court through the Court's pro se online filing portal. Upon docketing, notice of the filing will be transmitted through the Court's CM/ECF system to all counsel of record.

**/s/ Charles Leclerc**
Charles Leclerc