**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Charles Leclerc

Plaintiff,

v.

Case No.: 1:26−cv−07715
Honorable Sharon Johnson Coleman

Red Bull North America, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 2, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: Over Defendants' opposition, the Court grants Mr. Leclerc's motion [49] seeking leave to file an omnibus response to the three pending motions to dismiss. Mr. Leclerc may choose to file either a 45−page omnibus response, or else three individual responses with the page limits specified in dkt. 48. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.