FILED
10/25/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHARLES LECLERC,
Plaintiff,

v.

RED BULL NORTH AMERICA, INC.;
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.;
KIM BROOKS, individually; and
JUAN C. CASTANEDA, individually,
Defendants.

Case No. 1:26-cv-07715

Case No: 1:26-CV-07715

Judge Sharon Johnson Coleman

# EXHIBIT I

## Religious Accommodation Request and Responses

Complete five-page request and four employer letters dated February 25, March 18, March 25, and March 30, 2022.

### Included materials

- Religious Accommodation Questions, pp. 1-5
- Employer letters, source PDF pp. 1-4

Source pagination is preserved. Any references to source PDF pages identify physical page positions in the original file.

# Religious Accommodation Questions

By submitting this request, you are requesting an accommodation in an effort to eliminate and/or minimize the conflict you are experiencing between a sincerely held religious belief, observance, or practice and one of Red Bull's COVID-related policies. You are confirming that the religious beliefs and practices, which result in this request for a religious accommodation, are sincerely held.

While Red Bull will attempt to provide a reasonable religious accommodation, you understand that your preferred accommodation may not be granted if another equally effective accommodation is identified by Red Bull. Also, please understand that Red Bull is not required to provide an accommodation if doing so would pose a direct threat to you or others in the workplace or would create a business hardship for Red Bull.

## 3. Which part of Red Bull's COVID policies are you seeking a religious accommodation for?

I am seeking a religious accommodation for the COVID-19 vaccine mandate, and consequently, the regular weekly testing as it is discriminatory in violation of Title VII because it has a disparate impact on me.

## 4. Describe the sincerely held religious belief, observance, or practice for which you seek an accommodation:

I am a Christian who believes that my body is the temple of the Holy Spirit.

## 5. Specifically describe the conflict between your religious belief, observance or practice and the Red Bull policy in question:

The Bible teaches in 1 Corinthians 6:19 that my body is the temple of the Holy Spirit and that I am to honor God with my body. To me, an important part of honoring God with my body means that I cannot in good conscience before God receive any medical intervention where the risks to my body outweigh the benefits. In making important decisions, including medical decisions, the Bible teaches in James 1:5 that, if I lack wisdom, I am to seek God's guidance. John 16:5-13 teaches that the Holy Spirit will lead me into truth and bring conviction of sin. I have prayed and sought the guidance of the Holy Spirit, and the Holy Spirit has convicted my conscience that it would be dishonoring to God to receive the COVID-19 vaccine because it presents a severe and unnecessary risk to my body. Romans 14 teaches that it is a sin for me to violate my conscience with regard to what I allow into my body. Below is an explanation of the truths to which the Holy Spirit guided me that convict my conscience.

The severe risks associated with the COVID-19 vaccines are clear to me. Vaccine injuries reported for the COVID-19 vaccines dwarf the number of injuries reported for all previous vaccines combined and include serious conditions such as myocarditis, blood clotting, neurological disorders, autoimmune disorders, reproductive issues, and death. The Vaccine Adverse Event Reporting System (VAERS) contains adverse event reports for all vaccines administered in the United States dating back to 1990. Prior to the COVID-19 vaccines, the VAERS system recorded a total for *all prior vaccines combined* of 5,093 deaths and 12,053 serious vaccine injuries. Analysis of the current VAERS report shows 23,149 reported deaths, 183,311 serious injuries, and a total of 1,088,560 adverse reactions specifically related to the COVID-19 vaccines, which is an exponential increase compared to all other previous vaccines. (Redshaw, Megan, *CDC Panel Backs Moderna 'Spikevax' for 18 and Older, as COVID Vaccine Injuries Continue to Rise, VAERS Data Show*, The Defender (Feb. 4, 2022), available at https://childrenshealthdefense.org/defender/vaers-cdc-moderna-spikevax-covid-vaccine-injuries/ )

The most shocking part of these numbers is the fact that, historically, only 1% of vaccine adverse events are reported to VAERS. (Lazurus, R. (September 2010) *Electronic Support for Public Health-Vaccine Adverse Event Reporting System*, Harvard Pilgrim Health Care, Inc. https://digital.ahrq.gov/sites/default/files/docs/publication/r18hs017045-lazarus-final-report-2011.pdf) This means the actual number of injuries and deaths from the COVID-19 vaccines are likely 99 times that reflected in these numbers. Expert statistical analysis of the VAERS data even show the possibility that the COVID-19 vaccines have killed more people than they save. (Kirsch, S., Rose, J., Crawford, M, *Estimating the number of COVID vaccine deaths in America*, Oct. 8, 2021 (collecting various expert studies analyzing the VAERS data), *available at* https://docs.google.com/document/d/1RuF3PwnNzv2GxR8AdXo_fecdOjr1tQMSnbTSdyk0QT0/edit#)

In addition, recent data leaked from the Department of Defense's Defense Medical Surveillance System shows dramatic increases in serious medical conditions for military members after receiving the COVID-19 vaccines, including a 1000% increase in neurological issues, 269% increase in heart attacks, 467% increase in pulmonary embolisms, among many others. (Horowitz, Daniel, *Whistleblowers share DOD medical data that blows vaccine safety debate wide open*, Blaze Media (Jan. 26, 2022), available at https://www.theblaze.com/op-ed/horowitz-whistleblowers-share-dod-medical-data-that-blows-vaccine-safety-debate-wide-open) Moreover, in contrast to other vaccines, the COVID-19 vaccines have not existed long enough for the risks to long term health to be known and understood.

Because COVID-19 has a recovery rate of over 99.9%, I cannot in good conscience before God submit my body to a vaccine with such severe risks that does not prevent infection or transmission and where the only benefit is that I might have a reduced risk of a serious case of COVID-19. Furthermore, I have already had and recovered from COVID-19 and therefore have natural immunity to it that will likely persist for a long time. (Haveri, A (2021). *Persistence of*

*neutralizing antibodies a year after SARS-CoV-2 infection in humans.* Eur. J. Immunol. 2021. 0: 1-12. https://onlinelibrary.wiley.com/doi/epdf/10.1002/eji.202149535; Block, J. (2021). *Vaccinating people who have had covid-19: why doesn't natural immunity count in the US?* BMJ 2021;374:n2101. https://www.bmj.com/content/374/bmj.n2101; Callaway, E (May 26, 2021). *Had COVID? You'll probably make antibodies for a lifetime.* Nature. https://www.nature.com/articles/d41586-021-01442-9 )

Emerging data also shows that vaccinating the COVID-recovered presents a higher risk of injury from the COVID-19 vaccines as there is a much stronger (10-20x) antibody response to the COVID-19 vaccines. Mathioudakis, A et al (2021). *Self-Reported Real-World Safety and Reactogenicity of COVID-19 Vaccines: A Vaccine Recipient Survey.* Life (Basel). 2021 Mar 17; 11(3):249. https://pubmed.ncbi.nlm.nih.gov/33803014/ ("People with prior COVID-19 illness appear to experience significantly increased incidence and severity of side effects after receiving the COVID-19 vaccine."); Raw, R et al (2021). *Previous COVID-19 infection, but not Long-COVID, is associated with increased adverse events following BNT162b2/Pfizer vaccination.* J Infect 2021 Sep; 83(3): 381-412. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8164507/ )

Therefore, my sincerely held belief prevents me from receiving the COVID-19 vaccines and any other vaccine that presents unnecessary risk to my body.

## 6. What are the accommodations that you feel would be effective at: (1) allowing you to perform all essential functions of your position, and (2) keeping both yourself and all others in the workforce safe from the spread of COVID-19:

The accommodation that would be effective is simply to grant me an exemption from Red Bull's mandatory COVID-19 vaccination policy. Because the CDC has now clearly indicated that the COVID-19 vaccines do not prevent transmission of the Omicron variant, which accounts for 99.99% of all cases in the United States (CDC, *COVID Data Tracker Weekly Review*, https://www.cdc.gov/coronavirus/2019-ncov/covid-data/covidview/), there is no legitimate, non-discriminatory reason for any other accommodation than to merely exempt me from the requirement to be vaccinated.

On their Omicron variant page, the CDC's website states, "CDC expects that anyone with Omicron infection can spread the virus to others, even if they are vaccinated or don't have symptoms." (CDC, *Omicron Variant: What You Need to Know*, https://www.cdc.gov/coronavirus/2019-ncov/variants/omicron-variant.html) The website goes on to state: "Scientists are still learning how effective COVID-19 vaccines are at preventing infection from Omicron." On January 10, 2022, CDC Director, Dr. Rochelle Walensky gave the CDC's position in an interview on CNN stating, "What the vaccines can't do anymore is prevent transmission." (Sykes, Eric, *CDC Director: Covid vaccines can't prevent transmission anymore*, MSN Health (January 10, 2022) available at

https://www.msn.com/en-us/health/medical/cdc-director-covid-vaccines-cant-prevent-transmission-anymore/ar-AASDndg)

The fact that the COVID-19 vaccines do not prevent transmission of COVID-19 means that a vaccinated person can spread COVID-19 just as easily as an unvaccinated person. Therefore, there is no legitimate, non-discriminatory reason to impose any accommodation on me that treats me differently than a vaccinated employee.

With regard to testing, to the extent Red Bull wishes to require me to test regularly while not imposing the same requirement on my vaccinated co-workers, this is discriminatory in violation of Title VII because it has a disparate impact on me. I learned that the testing swabs are treated with ethylene oxide, which is a known carcinogen. The swabs provided by Color are manufactured by SteriPack which sterilizes them with ethylene oxide. The ability of ethylene oxide to damage DNA makes it an effective sterilizing agent but also accounts for its cancer-causing activity. In this case, ethylene oxide would be exposed to me via my respiratory passages by regularly using Color's medical product to conduct COVID tests. Ethylene oxide is a class 1 carcinogen, so long-term exposure increases the risk of cancer. There are no long-term studies to demonstrate how regular swabbing with even trace amounts of ethylene oxide can impact the risk of developing cancer. Therefore, requiring me to regularly swab my nose with a carcinogenic substance while not imposing the same requirement on vaccinated employees who are outside my protected class under Title VII is discriminatory because of the disparate impact of the policy. There is no non-discriminatory justification for such a policy because, again, the COVID-19 vaccines do not prevent transmission of COVID. So, Red Bull must treat me the same as vaccinated employees.

"Ethylene Oxide - Cancer-Causing Substances." National Cancer Institute, 28 Dec. 2018, https://www.cancer.gov/about-cancer/causes-prevention/risk/substances/ethylene-oxide.
"Medical Devices Sterilisation." SteriPack Contract Manufacturing, 21 July 2020, https://steripackgroup.com/sterilisation/.
"Sterile Swabs Manufacturing." SteriPack Contract Manufacturing, 7 Sept. 2021, https://steripackgroup.com/sterile-swabs-manufacturing/.
"Sterile Polyester Spun Swab Product Insert & How to Use Guide." SteriPack, 30 July 2021. https://steripackgroup.com/wp-content/uploads/2021/08/3-ART.R02-10-011-004.pdf

## 7.If the above accommodation cannot be granted, what alternate accommodations do you feel would be equally effective in allowing you to observe your sincerely held religious belief, while at the same time allowing you to perform the essential functions of your job and keep those in the workplace equally as safe as the Red Bull policy you're seeking an exemption from?

As stated above, because the vaccines do not prevent transmission of COVID-19, Red Bull has no non-discriminatory reason to treat me any differently than a vaccinated employee. So, there are no accommodations necessary other than merely exempting me from the company's vaccine mandate. If Red Bull wishes to make me test regularly as an accommodation, then it must impose the same requirement on vaccinated employees.

Red Bull also cannot deny my request for religious accommodation on the grounds of "undue hardship." An employer can only deny a request for religious accommodation if the employer can demonstrate that the accommodation presents an undue hardship or burden, which means "more than a de minimis cost." *E.g., Weber v. Roadway Exp.*, Inc., 199 F.3d 270, 273 (5th Cir. 2000). "Any hardship asserted, furthermore, must be real rather than speculative, merely conceivable or hypothetical." *E.g.*, *Brown v. Polk County, Iowa*, 61 F.3d 650, 655 (8th Cir. 1995) (collecting cases) (internal quotations and citations omitted).

Because the COVID-19 vaccines do not prevent transmission of COVID-19, there is no harm that Red Bull could assert in granting my request for exemption that is more than speculative or hypothetical. I do not present any greater burden on workplace safety than a vaccinated person does. Therefore, Red Bull must grant my request.

Red Bull North America Inc.
1630 Stewart Street • Santa Monica, CA 90404 • USA

February 25, 2022

Charles Leclerc
400 W Ontario St
Unit 603
Chicago, IL 60654

**RELIGIOUS ACCOMMODATION REQUEST: NOTIFICATION**

Dear Charles:

We have received your submission requesting a religious workplace accommodation due to Red Bulls Return to Office and Vaccination or Testing Requirements. We are working hard to ensure the safety of our employees and customers while accommodating those employees who have sincerely held religious beliefs. A reasonable religious workplace accommodation will allow an employee to perform the essential functions of their job, while also enabling an employee to participate in their religious practice or belief. Red Bull will consider requests for religious accommodation provided the requested accommodation does not create undue hardships, safety concerns, or operational challenges within the affected department.

Your submission for accommodation is currently being reviewed by the benefits team. Each submission for accommodation will be reviewed individually and will comply with any applicable state and federal laws.

During this review, and unless notified otherwise by the benefits department:

- You will not be able to perform work in person
- You will not be able to join any in-person company events or meetings, and must arrange to join those remotely

We will be in contact if additional information is required or if a determination has been made on your request. We expect to inform you around next steps regarding your submission the week of February 28, 2022.

If you have any questions, you can contact me directly via email, phone, or text.

Sincerely,

Takesha Clark
Takesha.clark@redbull.com
469-600-0413
Benefits Specialist-Talent Team
Red Bull North America, Inc.

Red Bull

Red Bull North America Inc.
1630 Stewart Street • Santa Monica, CA 90404 • USA

3/18/2022

Charles Leclerc
400 W Ontario St
Unit 603
Chicago, IL 60654

**RELIGIOUS EXEMPTION DETERMINATION**

Hello Charles,

We have reviewed your request to be excused from Red Bull's requirement that employees either be vaccinated against COVID-19 or submit a weekly test for COVID-19. Having completed our review, this letter is to inform you that Red Bull will continue to require you to adhere to our policy either by being vaccinated, or by undergoing weekly testing.

Based on the information you submitted, it does not appear that any religious belief conflicts with all options made available to you under the policy (i.e., both vaccination and testing). We believe you could follow one of these options without facing a religious conflict. We note that you have just recently completed at least three (3) COVID-19 tests before attending meetings in connection with your employment. Also, please understand that the testing requirement applies to any employee who is unvaccinated for any reason, religious or otherwise.

Moreover, we cannot emphasize enough the importance of having safety protocols in place for your position right now, due to the in-person nature of your role that could heighten the risk of COVID-19 transmission. As you know, about 50% of your role involves travel. Critical aspects of your job are customer facing, including meetings in major markets at least every 4-6 weeks. Your division – Safeway and Albertson's – currently is taking in-person meetings, which include in-store walks, lunches, sporting events, etc. Safety protocols are critical to heightening our ability to perform those responsibilities without interruption due to COVID-19, and to decrease the chances of spreading the virus to customers and others in the course of our work. The federal workplace safety regulatory agency (OSHA) continues to recommend that employers consider implementing various safety policies like Red Bull's (https://www.osha.gov/coronavirus/safework).

Although we do not believe we are required to excuse you from complying with our policy, we note that there are many different types of COVID-19 tests (as well as vaccines) available. If you would like for us to consider other types of tests that you do not object to, please let us know, as that may be something we can accommodate. Please note that the test must be able to provide confirmation to Red Bull that the COVID-19 test was completed by you and provide the date the test was completed.

Accordingly, we will continue to require you to comply with Red Bull's policy of being vaccinated or submitting to weekly COVID-19 testing no later than 4/1/2022. To access your next required COVID-19 test and to review our regular testing process simply click here.

If you have any questions, please do not hesitate to let me know.

Sincerely,

Takesha Clark
Takesha.clark@redbull.com
469-600-0413
Benefits Specialist-Talent Team
Red Bull North America, Inc.

Red Bull

Red Bull North America Inc.
1630 Stewart Street • Santa Monica, CA 90404 • USA

3/25/2022

Charles Leclerc
400 W Ontario St
Unit 603
Chicago, IL 60654

Hello Charles,

Further to our communication last week, our latest records show that you have not submitted the required weekly testing through Color at this time. In addition, we have not received a response from you confirming an alternate Covid test that you are willing to take weekly.

Per our communication last week, you must comply with Red Bull's policy of weekly COVID testing. Since you did not provide an alternative vendor, your testing must be completed through Color. Details on setting up your account and ordering your test are below.

- Create your account
- Order your test

Color must receive your test no later than 04/01/2022. If you are unwilling to comply with this business requirement, Red Bull will need to terminate your employment as of 4/4/2022, in line with our policy violation procedures. You will be paid your regular salary up to and through your termination date.

We hope you will continue working with us as we strive to protect the health and safety of our employees, their families, and the public.

If you have any questions, please do not hesitate to let me know.

Sincerely,

Takesha Clark
Takesha.clark@redbull.com
469-600-0413
Benefits Specialist-Talent Team
Red Bull North America, Inc.

Red Bull

Red Bull North America Inc.
1630 Stewart Street • Santa Monica, CA 90404 • USA

3/30/2022

Charles Leclerc
400 W Ontario St
Unit 603
Chicago, IL 60654

Hello Charles,

This letter is in response to your request for a religious accommodation due to Red Bulls Return to Office and Vaccination or Testing Requirements. After a careful review of your request, it has been determined that we can provide you with the following temporary accommodation based on the current business circumstances:

Regular Weekly COVID testing with your preferred testing kit.

**This approval is contingent on the following:**

- You must complete weekly COVID testing with one of the follow options:

  https://dxterity.com/covid-19-test/
  https://vitagene.com/products/covid-19-saliva-test-kit/

- You must provide the results of your selected Covid test every week, directly to your talent business partner Stephanie Daniels, with the first test results being due no later than **04/08/2022.**
- Until the first results are received, you cannot visit any Red Bull locations, perform in person work for any reason, and you will not be able to join any in-person company events or meetings, and must arrange to join those remotely.
- You can expense the cost for the selected test for reimbursement within Concur under "Covid Required Testing"

Failure to provide your weekly COVID test, other than in cases of LOA or PTO of a one-week duration or more, can lead to disciplinary action including termination.

If you require any changes to the above accommodation (including extending the accommodation period) we will need to further engage in the interactive process. If you have any questions, please do not hesitate to let me know.

Sincerely,

Takesha Clark
Takesha.clark@redbull.com
469-600-0413
Benefits Specialist-Talent Team
Red Bull North America, Inc.