FILED
10/25/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHARLES LECLERC,
Plaintiff,

v.

RED BULL NORTH AMERICA, INC.;
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.;
KIM BROOKS, individually; and
JUAN C. CASTANEDA, individually,
Defendants.

Case No. 1:26-cv-07715

Case No: 1:26-CV-07715

Judge Sharon Johnson Coleman

# EXHIBIT J

## July 1, 2022 Email to Juan C. Castaneda

Complete one-page email record, including the July 5 forwarding header and original July 1 message.

### Included materials

July 1 email, source PDF p. 1

Source pagination is preserved. Any references to source PDF pages identify physical page positions in the original file.

**charles_leclerc@outlook.com**

**From:** Charles Leclerc <Charles.Leclerc@redbull.com>
**Sent:** Tuesday, July 5, 2022 4:47 PM
**To:** Charles Leclerc
**Subject:** Fwd: Red Bull Investigation

Charles Leclerc
Regional Account Manager
Red Bull
charles.leclerc@redbull.com
Primary: +1 (669) 254-0375
Secondary: +1 (612) 600-4044

---

**From:** Charles Leclerc
**Sent:** Friday, July 1, 2022 8:02:53 PM
**To:** juan@castanedaheidelman.com <juan@castanedaheidelman.com>
**Subject:** Red Bull Investigation

Hi Juan,

I've been reflecting on the last things you said to me regarding my team's feedback towards me today such as "I don't feel comfortable working with Charles... I don't like working with Charles... working with Charles feels hostile" etc...

These perceptions really struck me greatly as I've never had any sense of such feelings when we communicate. We act friendly and supportive of one another. I honestly would have never guessed this kind of feedback from the broader team. It makes me feel like my relationships with my peers are either completely misunderstood or deceiving, and it's not just a puzzling feeling for me, but a saddening one too.

Feedback I would greatly appreciate for you to relay, considering the feedback you've given to me today which was both new and surprising to me, is to ask what would it take to be able to improve and/or even salvage my working relationship with my team?

I'm really becoming exhausted of feeling like I am at odds. As I expressed, I really do think that this is an exceptional company (it's one of a kind), and I feel privileged to be a part of it. I would really like for things to work out. I'm more than willing to grow with this organization.

Sincerely,

Charles Leclerc
Regional Account Manager
Red Bull
charles.leclerc@redbull.com
Primary: +1 (669) 254-0375
Secondary: +1 (612) 600-4044