FILED
10/25/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHARLES LECLERC,
Plaintiff,

v.

RED BULL NORTH AMERICA, INC.;
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.;
KIM BROOKS, individually; and
JUAN C. CASTANEDA, individually,
Defendants.

Case No. 1:26-cv-07715

Case No: 1:26-CV-07715

Judge Sharon Johnson Coleman

# EXHIBIT L

## Signed EEOC Charge

Complete one-page charge, signed July 26, 2022. The full date of birth is redacted in both locations.

### Included materials

Signed charge, source PDF p. 1

Source pagination is preserved. Any references to source PDF pages identify physical page positions in the original file.

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.
See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented To: ☐ FEPA ☒ EEOC

Agency(ies) Charge Number(s):

ILLINOIS DEPARTMENT OF HUMAN RIGHTS and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | *Home Phone (Incl. Area Code)* | *Date of Birth* |
|---|---|---|
| Mr. Charles Leclerc | 612-600-4044 | [redacted] |

Street Address
City, State and ZIP Code: 400 W Ontario Street, Unit 603
Chicago, IL 60654

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others.

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Red Bull North America, Inc. | 15+ | 310-393-4647 |

Street Address
City, State and ZIP Code: 1630 Stewart Street
Santa Monica, CA 90404

**DISCRIMINATION BASED ON:**

Religion, perceived disability

**DATE(S) DISCRIMINATION TOOK PLACE:** **Earliest:** 3/11/2022 **Latest:** present

THE PARTICULARS ARE:

**I. PERSONAL HARM**

During 2021, it became well known by my supervisor and team members that I was not vaccinated and that I had no plans to get vaccinated against COVID-19. In early December 2021, Red Bull announced a vaccine mandate for employees. As I had previously discussed with my teammates, I did not get vaccinated by the 12/21 deadline, and informed HR I would be seeking a religious exemption. At my 12/31/21 performance review, I received unsubstantiated criticism on highly subjective categories of performance, despite always having positive performance numbers. I submitted my religious exemption from the COVID-19 vaccination in late February, 2022, and it was granted March 30, 2022. Roughly 3 weeks after submitting the exemption request, I was placed on an overly burdensome and unreasonable performance improvement plan, despite still having good performance numbers. None of my peers have been placed on similar plans. Red Bull then hired an outside source to conduct an investigation on me, based on allegations of racist, slanderous, unethical behavior, stating my teammates felt uncomfortable working with me. The allegations range from unreasonable inferences to blatant lies. My actions have been manipulated in an attempt to be used against me, when no reasonable person would find these actions racist or slanderous. It's my belief that I am being retaliated against by Red Bull. My work conduct has remained professional and my performance has always exceeded satisfaction. Nonetheless, Red Bull terminated me on July 11, 2022. I believe that the reasons given for my termination, based on the investigation, are illegitimate and mere pretext for retaliating against me for seeking a religious exemption from the vaccine mandate based on my sincerely held religious belief as a Christian and because Red Bull perceives me as disabled because of my unvaccinated status.

**I. RESPONDENT'S REASON FOR ADVERSE ACTION:** Respondent terminated me on claims of "violating company policy" regarding the false accusations of racist/slanderous comments.

**III. DISCRIMINATION STATEMENT:**

I believe I have been discriminated against in violation of Title VII of the Civil Rights Act of 1964, and the Americans with Disabilities Act, as Amended, based on my sincerely held religious beliefs and my perceived disability as an unvaccinated individual.

I want this charge filed with both the EEOC and the Illinois Department of Human Rights. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

**COMPLAINANT COMPLETES BELOW:**

My name is Charles (First), James (Middle), Leclerc (Last), my date of birth is [redacted]

and my address is 400 W Ontario Street, Unit 603 (Street), Chicago (City), IL (State), 60654 (Zip), USA (Country)

Executed in Cook (County) County, State of Illinois (State), on the 26th (Day) day of July (Month), 2022 (Year).

I declare under penalty of perjury that the above is true and correct.

Charles Leclerc
Charging Party Signature

7/26/2022
Date