FILED
10/25/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHARLES LECLERC,
Plaintiff,

Case No. 1:26-cv-07715

Case No: 1:26-CV-07715

Judge Sharon Johnson Coleman

v.

RED BULL NORTH AMERICA, INC.;
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.;
KIM BROOKS, individually; and
JUAN C. CASTANEDA, individually,
Defendants.

# EXHIBIT M

## Adobe Acrobat Sign Documentation

Complete twelve-page source compilation captured October 7, 2026, including source identifications and dates.

### Included materials

Adobe Documentation, pp. 1-12

Source pagination is preserved. Any references to source PDF pages identify physical page positions in the original file.

# ADOBE ACROBAT SIGN
# OFFICIAL DOCUMENTATION

Completed agreements, certification, distribution, and retrieval

Source compilation captured October 7, 2026. Prepared for identification and attachment; no exhibit designation has been assigned.



| Pages | Official source and selected content |
|---|---|
| 2 | Are electronic signatures legally binding? Absolutely.<br>Selected section: Demonstrate proof of signing |
| 3-5 | Attach a PDF copy of the signed document in emails sent to<br>Last updated: Jun 9, 2023 |
| 6-7 | Attach audit report to emails and downloads in Acrobat Sign<br>Last updated: Jul 8, 2026 |
| 8-9 | Download the PDF of an agreement<br>Last updated: Jan 8, 2024 |
| 10-12 | Adobe Sign for Life Sciences Solution Brief<br>June 2020; distribution and sealing discussed on original page 2 |



June 2020 original PDF:
https://www.adobe.com/content/dam/dx-dc/en/pdfs/adobe-sign-life-sciences-solution-brief-ue.pdf

The webpage portions reproduce Adobe’s article wording and illustrations in a print layout. Site navigation and promotional panels are omitted. The first webpage is a disclosed section extract. URLs, displayed update dates, and capture dates identify each source. The June 2020 PDF retains its original page content. Compilation pagination is added separately.

This compilation is not an Adobe-certified transaction record and does not contain the parties’ engagement agreement.

# Are electronic signatures legally binding? Absolutely.

Official Adobe webpage | Captured October 7, 2026
No last-updated date displayed
Selected section: Demonstrate proof of signing
https://www.adobe.com/acrobat/business/compliance/electronic-signature-legality.html

## Demonstrate proof of signing.

Depending on the type of e-signature used, the Acrobat Sign audit trail and signature panel can help prove that a specific signer authorized their signature on a document. And if you use a highly secure, regulated digital signature, it will also be bound cryptographically to the document and can be validated for up to 10 years. When completed, copies of signed documents are sent automatically to all parties and certified by Adobe with a tamper-evident seal.

# Attach a PDF copy of the signed document in emails sent to

Official Adobe webpage | Captured October 7, 2026
Last updated: Jun 9, 2023
Main article text and illustrations; navigation and promotional panels omitted
https://helpx.adobe.com/sign/web/settings-configuration/global-settings/attach-pdf-signed-document-email.html

## Overview

A PDF copy of a signed agreement can be attached to the final email notification delivered to the agreement participants upon the successful completion of the signature process.

Who the signed PDF is delivered to is based on the settings defined in the group the agreement is sent from, and the distribution can be limited to only internal recipients, external recipients, internal and external recipients, or no one.

The delivered PDF is attached directly to the email and is validated by the Adobe Acrobat Sign CDS signing certificate, ensuring the document is a certified copy of the legally signed original on the Acrobat Sign server.

Administrators should consider the nature of the content collected in their documents and evaluate the benefits and risks of delivering an attached copy of the document in email format. If copies are **not** delivered to the recipients, a system for providing copies of the signed document to external signers should be established.

Note
Attaching a PDF copy of the signed document is a prerequisite to enable the functionality of attaching an audit report or a CSV of the data collected on the document.



## Best practices

Administrators will need to understand the nature of the agreements being sent and if the convenience of delivering the signed document to the signers outweighs whatever risk may be incumbent in attaching the PDF.

Objectively, it's more secure to suppress email delivery of the signed PDF. This must be balanced against the requirements of delivering the signed document to the signers (if any exist). If automated delivery is suppressed, administrators should develop an intake and delivery process for delivering the signed documents to their signers when requested.

Depending on the agreement volumes and the sensitivity of various agreements, it may be worthwhile to establish different groups to deliver highly sensitive agreements with more severe security options.

## Configuration

### Availability:

The option to attach a PDF to the final email is available for team and enterprise license plans.

### Configuration scope:

The feature can be enabled at the account and group levels.

The controls for this feature can be assessed by navigating to **Global Settings** > **Attach a PDF copy of the signed document in emails sent to**

The controls allow for limiting the delivery audience:

- **All recipients** - All parties involved in the agreement process will get a copy of the document.
- **Internal recipients** - Only participants that are internal to your Acrobat Sign account will get the document.
    - Note that internal recipients have direct access to download a copy of the original agreement on the *Manage* page of their Acrobat Sign account.
- **External recipients** - Only participants that are external to your Acrobat Sign account will get the document.
    - Note that external recipients do not typically have direct access to the agreement on the Acrobat Sign system. External recipients that want a copy of the document must contact your organization to request a copy.
- **No one** - the PDF is not attached in the final email.


Search
Account Settings
Global Settings
Account Setup
Signature Preferences
Digital Signatures
Electronic Seals
Global Settings
Allow sending for written signature. Recipients will always see all the pages when required to use written signature
Attach a PDF copy of the signed document in emails sent to
All recipients
Internal recipients
External recipients
No one
Include a link in emails to view the signed agreement

# Attach audit report to emails and downloads in Acrobat Sign

Official Adobe webpage | Captured October 7, 2026
Last updated: Jul 8, 2026
Main article text and illustrations; navigation and promotional panels omitted
https://helpx.adobe.com/sign/web/settings-configuration/global-settings/attach-audit-report.html

**Control whether Adobe Acrobat Sign appends the audit report to agreement PDFs delivered by the final completion email and to PDFs downloaded from the Manage page.**

*Acrobat Sign* can append the audit report to the agreement PDF delivered in the final "Signed and Filed" email and to agreement PDFs downloaded from the **Manage** page. This combines the signed document and its audit trail into a single file, which simplifies recordkeeping but can also expand distribution of audit details, especially when attachments go out by email.

### Before you begin

- You must be an Account Admin or Group Admin to configure this setting.
- Confirm how your organization distributes signed agreements by email before enabling audit report attachments.
- Review your data governance policy to determine whether audit metadata should be shared with external recipients.

## Configuration

The *Attach audit reports to documents* setting applies to all agreements sent through *Acrobat Sign*.

### Availability:

- *Acrobat Sign Solutions:* Supported
- *Acrobat Sign for Government*: Supported
- *Acrobat Standard* and *Acrobat Pro*: Not Supported

### Configuration scope:

*Attach audit reports* can be configured at the account and group level.

- Group-level settings override account-level settings.

Default value:

- Attach the Audit Report to the Signed and Filed email: **All.**
- Attach current audit report to documents when downloaded from the Manage page: **Disabled.**

Access this feature by navigating the administrator's configuration menu to **Global Settings > Attach audit report to documents**

**Controls**

- Attach the *Audit Report* to the *Signed and Filed* email
  - **Never**: No one receives the audit report with the final email attachment.
  - **For Sender Only**: Only the sender receives the audit report with the final email attachment.
  - **All** (default): All recipients of the final email attachment receive the audit report.

Impact: This control can materially expand what is delivered by email at completion, because recipients can forward the email and attachment.

- Attach the current audit report to documents when downloaded from the *Manage* page
  - **Enabled**: Downloads from the Manage page include one PDF, with the audit report appended to the end.
  - **Disabled** (default): Downloads from the Manage page include only the agreement content. Users must download the audit report separately.

## How it's used

- The email control applies to the final completion email ("Signed and Filed").
- The download control applies only when a user downloads an agreement from the ***Manage*** page.
- When either control is enabled, *Acrobat Sign* appends the audit report to the end of the PDF that is delivered (downloaded or attached to email).
- If an agreement is still in progress, *Acrobat Sign* appends the interim audit report as it exists at the time of download.

## Best practices

- Limit audit report distribution by email unless recipients require the full audit trail.
- Use the *Manage* page download control to support internal recordkeeping without automatically broadening email distribution.
- Confirm that sharing audit reports externally aligns with your organization's data governance policies.

## Things to know

- The email control only applies if a signed agreement PDF is attached to the final completion email.
- Recipients can forward email attachments, which may extend audit report distribution beyond the original participants.

# Download the PDF of an agreement

Official Adobe webpage | Captured October 7, 2026
Last updated: Jan 8, 2024
Main article text and illustrations; navigation and promotional panels omitted
https://helpx.adobe.com/sign/web/users/manage-agreements/download-pdf.html

## Download an agreement PDF

You can download a PDF of an agreement in its current state at any time. *Completed* and *Canceled* agreements can be downloaded with a "quick action" from the record row.

To download an agreement PDF:

1. Log in to Acrobat Sign and navigate to the **Manage** tab.
2. Find your agreement by:
   - Select the **Status** filter where the agreement resides (*In Progress*, *Canceled*, *Completed*, etc.).
   - Select the individual agreement from the list of agreements in the center of the page.

   The *Actions* rail opens to the right of the agreement list.
3. Select the **Download PDF** action, The PDF is downloaded to your local system automatically.




Note
Available in the same *Actions* rail, you can find the options to download the agreement Audit Report and download the individual files of the agreement (if the agreement was made with

multiple file sources):




## Quick Actions on the Manage page record: Completed, Canceled, or Expired

Agreements with *Completed*, *Canceled*, or *Expired* statuses show a **Download PDF** button when you mouse over the agreement (without having to open the *Actions* rail).



**Adobe Sign**

# Adobe Sign for life sciences.

The leader in secure digital documents delivers speed, efficiency, compliance, security, and instant global access.

Today, life sciences companies are in a state of disruption, facing more competition, regulation, and pressure to control prices than ever before. As the industry turns the corner and looks for growth opportunities, those companies face many challenges, including how to improve patient experiences, boost efficiency, reduce costs, and increase business speed through automation. Simultaneously, they must meet internal and external standards for security, compliance, and privacy.

## Transform document workflows.

Paper-based processes—like patient informed consent, agency filings, supplier contracts, and order processing—introduce significant delays, errors, and costs into daily operations. Organizations are looking for ways to modernize their outdated document processes and improve business results. Digital document solutions bridge the gap between existing paper and digital document processes, streamlining patient interactions. Adobe Sign is uniquely designed to help simplify document workflows in a single solution, both inside and outside the organization, while maintaining compliance, reducing costs, and speeding up business.

In addition to faster business speed, patients are also demanding access to real-time status data anywhere, on any device. Life sciences companies today need to provide secure, differentiated experiences without compromising compliance. To meet these challenges, it is critical that they convert their paper-based processes into compelling digital experiences.

## The cornerstone of improved business returns.

Today, e-signature solutions have evolved to encompass much more than just collecting signatures electronically—leading solutions automate the entire process, from document creation and assembly, to collaboration and execution, to archiving. These solutions replace the traditional, manual steps of getting signatures and approvals with the advantages of working in the cloud—delivering speed, efficiency, compliance, and instant global access.

**Adobe Sign can help life sciences companies automate signing and approvals across a wide range of business processes, such as:**

### Clinical trials
- R&D documentation
- Quality inspections
- Clinical trial enrollment
- Patient consent forms
- Clinical trial protocol
- Investigational new drug (IND) applications
- New drug applications (NDAs)

### Manufacturing
- Electronic batch records
- Lot traceability
- Recall notifications
- Incident reporting
- Adverse event reporting
- Safety inspections

### Sales contracts
- Order processing
- Partnership programs
- Chain of custody
- Sample management
- Patient assistance programs
- Field service reports

### Legal and compliance
- Standard operating procedures (SOPs)
- Nondisclosure agreements (NDAs)
- Patent submissions
- Audits
- Outside counsel agreements
- Internal compliance
- Trademark registrations

### Procurement
- RFPs and bid packages
- Purchase orders
- Master service agreements
- Vendor onboarding
- Renewal agreements
- Invoices
- Supplier contracts

### Human resources
- Candidate recruitment
- New hire onboarding
- Contractor agreements
- Policy acknowledgments
- Training compliance
- Benefits enrollment
- Compensation agreements

Adobe Sign, an Adobe Document Cloud solution, is a foundational technology for all types of life sciences companies. It provides everything needed to create all-digital document workflows—quickly and securely in the systems businesses are already using. With Adobe Sign, you can reduce signing and approval processes from days to minutes, improve staff collaboration and mobility, and create great patient experiences. Adobe Sign offers comprehensive digital capabilities for meeting the demands of today's ever-changing marketplace.

- **Minimize risk**—Ensure the right steps are followed every time by automating and standardizing compliant PDF documents. Route sensitive documents directly to signers and add security features such as passwords or digital signatures.
- **Deliver the simplest signing experiences**—Save time and costs while creating seamless experiences critical to patient retention with real-time access to data. Make it easy to sign up, view, or transact anytime, anywhere, on any device, even mobile.
- **Cut costs and streamline processes**—Lower the cost and reduce the risk associated with maintaining, training, and managing multiple e-signature solutions. Use a single, scalable solution to create end-to-end signing processes.

## Compliant, simple, and secure.

Adobe Sign transforms paper-based processes into end-to-end digital capabilities—from creation, to collaboration and execution, to archiving—delivering secure, reliable digital documents and workflows. It delivers compliant e-signatures across desktop, web, and mobile. With it, organizations can automate and standardize document-based processes in a trusted and secure ecosystem.

- **Legal and compliant e-signatures**—Adobe Sign is SAFE-BioPharma certified and meets strict regulatory standards including U.S. Federal Regulation Title 21, Chapter 1, Part 11—commonly referred to as 21 CFR Part 11, the strict, globally accepted standard for electronic records and signatures. It complies with the Electronic Signatures in Global and National Commerce (ESIGN) Act in the United States and the eIDAS e-signature regulation in the European Union.
- **Enterprise-strength security**—Paper documents are vulnerable to loss or theft. Document Cloud protects sensitive patient and product information, contracts, and agreement documents, increasing transaction security. Adobe Sign is certified compliant with the industry's most rigorous security standards including ISO 27001, SOC 2 Type 2, Payment Card Industry Data Security Standard (PCI DSS), and SAFE-BioPharma. For more information, visit the Adobe Trust Center.
- **Robust audit trail**—Automated routing and tracking of critical documents provides a clear audit trail that details when documents were delivered, signed, and opened—to help you meet compliance regulations.
- **Automatic archiving**—Improperly stored or lost documents expose organizations to business and legal risk. With Adobe Sign, every step of the process is recorded, and securely signed documents are sent to all parties. Additionally, documents may be stored, along with the audit trail, online or in the repository of your choice.
- **Authenticated and tamper-evident**—Adobe Sign helps ensure the authenticity and integrity of digital documents and helps prevent the inadvertent exposure of sensitive information. Each key step in the signature process is logged, and documents are digitally sealed to confirm their integrity.

## Anytime, anywhere, any device.

Adobe Sign simplifies the signing experience with secure and compliant mobile capabilities and an intuitive user experience on any device. It enhances operational efficiency, reduces the cost of paper-based processes, and improves the visibility of critical documents across the organization. Expedite transactions by staying connected and productive wherever you go.

- **Improve mobile productivity**—Simplify the signing and contracting experience with mobile capabilities and an intuitive user experience on any device. Patients can sign consent forms, enroll in clinical trials, or apply for assistance programs anywhere—all in real time. Employees can start a transaction on a mobile device, continue on a desktop, and complete it on a tablet—picking up seamlessly wherever they left off. Whether they're creating, editing, or signing PDFs; collecting signatures in person; or managing the signing process, they can stay connected and productive wherever they go.
- **Increase operating efficiency**—Tracking and managing paper-based document processes across complex operations requires significant administrative overhead. Adobe Sign helps life sciences companies transform manual and paper-based processes into comprehensive digital capabilities. Digital documents decrease transaction times and the risk associated with human error, improve transparency and security, and increase the speed of business.

- **Improve the patient experience**—Avoid the frustrations and delays associated with paper processes. Digital documents enable content to be reliably consumed on any platform, making it easy for patients to sign from anywhere, on any device, even mobile. Adobe Sign will delight your customers with its ease of use and fast response times.
- **Grow revenue**—The ability to distribute digital documents from anywhere, on any device, reduces the delays inherent in any document-intensive process. Organizations no longer need to wait for the right person to be in the office, the fax to be returned, or the paperwork to be processed to move business forward.
- **Track and manage progress**—Always know the current status of a document—when it is opened, viewed, and signed—which is key in time-sensitive transactions.

## One solution for all e-signature requirements.

Adobe Sign is the world's best single solution for all types of standards-based electronic signatures on any device, while complying with the most stringent electronic signature laws and compliance requirements like 21 CFR Part 11.

- **Maximum flexibilit**y—Whether you need the multifactor authentication that our e-signature process provides or the more rigorous certificate-based authentication that comes with our digital signature process, Adobe's real-world solutions are easy to use and easy to deploy. Digital signature processes in Adobe Sign work with industry-leading digital ID and timestamp providers, such as Trans Sped. Adobe Sign is uniquely designed to support the broadest range of electronic and digital signature requirements, so you can choose the best approach for each of your business processes.
- **Future-proofing your business**—Adobe and leaders in the Cloud Signature Consortium (CSC) are transforming the industry with a new open standard for "remote" or cloud-based digital signatures that work on mobile devices and the web, while complying with the most stringent electronic signature laws and regulations. Open standards eliminate compatibility issues and deployment limitations—and ensure that businesses everywhere can create consistent, interoperable experiences across all their software applications and devices.
- **Integration with your business systems**—Extend investments already made by adding Adobe Sign to existing applications or business processes using our robust APIs. Prebuilt integrations for Salesforce, Workday, and Microsoft SharePoint seamlessly incorporate e-signatures into your most valued business applications. Or you can use our APIs to create custom applications for patients, pharmacies, and distributors. Once built, Adobe Sign integrations allow the signing experience to begin from the external application.

## Adobe—a global leader in secure digital documents.

With Adobe Sign, you can transform how your organization engages with your patients, employees, and vendors by eliminating manual, paper-based document processes. Adobe Sign provides a trusted and secure ecosystem for documents, signatures, and business processes that is supported by a comprehensive network of technology, people, and strategic partnerships. Seamlessly integrating with your existing enterprise systems and business applications, Adobe Sign empowers departments across your organization to increase operational efficiency, reduce the risks associated with human error, and create intuitive end-to-end digital experiences on any device.

Life sciences companies are seeking growth in the face of rising operational costs, increasingly complex compliance and security requirements, and more competition for customers. And they are realizing a cloud-based digital document solution can reduce the high cost and risk of paper, giving them a competitive edge. With Adobe Sign, companies gain the ongoing support and reliability of Adobe, one of the world's largest Software as a Service (SaaS) companies. Adobe has been a leader in secure digital documents for over 20 years. Adobe solutions are used by global Fortune 1000 companies across a broad range of industries because Adobe's global leadership, innovation, and reliability translate into cost savings, increased efficiencies, and peace of mind.

## For more information.

To learn more about how Adobe Sign can benefit your organization, visit https://acrobat.adobe.com/us/en/industries/life-sciences.html.

Adobe

Adobe, the Adobe logo, Adobe Document Cloud, the Adobe PDF logo, and Document Cloud are either registered trademarks or trademarks of Adobe in the United States and/or other countries. All other trademarks are the property of their respective owners.
© 2020 Adobe. All rights reserved. 6/20