FILED
10/25/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

Case No: 1:26-CV-07715

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHARLES LECLERC,
Plaintiff,

v.

RED BULL NORTH AMERICA, INC.;
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.;
KIM BROOKS, individually; and
JUAN C. CASTANEDA, individually,
Defendants.

Case No. 1:26-cv-07715
Judge Sharon Johnson Coleman

# EXHIBIT O

**Red Bull Privilege Log**

Served January 16, 2026

Complete privilege log, including title page, eight-entry table, attorney signature, and certificate of service.

Originally attached as Exhibit A to Red Bull’s January 16, 2026 response. The underlying response is not included.

Original source pagination is preserved. The entry table is on printed log page 2.

**JAMS**

| | |
|---|---|
| CHARLES LECLERC,<br><br>Claimant,<br><br>v.<br><br>RED BULL NORTH AMERICA, INC.<br><br>Respondent. | JAMS Ref. No. 5340001145<br><br>Arbitrator: Hon. Judge John C. Griffin (Ret.) |

**<u>RESPONDENT'S PRIVILEGE LOG</u>**

| | Document Date | Title of Document / Subject Line of Email | Author | To | CC | Description | Category of Privilege |
|---|---|---|---|---|---|---|---|
| 1 | 5-31-2022 | Interview Notes: Leslie Newlee, VP of Insights | Juan C. Castañeda, Esq. | Client | | These are Attorney Castaneda's notes and mental impressions from his investigatory interview with Leslie Newlee. | Attorney-Client Privilege and Work-Product |
| 2 | 6-01-2022 | Interview Notes: Eric Jacobson, Sr. Director Safeway Albertsons | Juan C. Castañeda, Esq. | Client | | These are Attorney Castaneda's notes and mental impressions from his investigatory interview with Eric Jacobson. | Attorney-Client Privilege and Work-Product |
| 3 | 6-01-2022 | Interview Notes: Nickole Herhold, Category Development Manager | Juan C. Castañeda, Esq. | Client | | These are Attorney Castaneda's notes and mental impressions from his investigatory interview with Nickole Herhold. | Attorney-Client Privilege and Work-Product |
| 4 | 6-01-2022 | Interview Notes: Karishma Dayanand, Sr. Director Category Development Manager | Juan C. Castañeda, Esq. | Client | | These are Attorney Castaneda's notes and mental impressions from his investigatory interview with Karishma Dayanand. | Attorney-Client Privilege and Work-Product |
| 5 | 6-02-2022 | Interview Notes: Nour Abusaad, Category Development Manager | Juan C. Castañeda, Esq. | Client | | These are Attorney Castaneda's notes and mental impressions from his investigatory interview with Nour Abusaad. | Attorney-Client Privilege and Work-Product |
| 6 | 6-02-2022 | Interview Notes: Mark Andrade, Regional Account Manager | Juan C. Castañeda, Esq. | Client | | These are Attorney Castaneda's notes and mental impressions from his investigatory interview with Mark Andrade. | Attorney-Client Privilege and Work-Product |
| 7 | 6-30-2022 | Interview Notes: Charles Leclerc, Regional Account Manager | Juan C. Castañeda, Esq. | Client | | These are Attorney Castaneda's notes and mental impressions from his investigatory interview with Charles Leclerc. | Attorney-Client Privilege and Work-Product |
| 8 | 7-01-2022 | Verbal Update re Leclerc Investigation – July 2022 | Kim Brooks | Internal File | | These are Kim Brooks's notes from her and Stephanie Carter's confidential conversation with Independent Investigator, Juan Castañeda, Esq., regarding his findings and recommendation from the investigation into Claimant's conduct. | Attorney-Client Privilege and Work-Product |

By: /s/ Jeffrey L. Rudd
One of the Attorneys for Respondent
**RED BULL NORTH AMERICA, INC.**

Jeffrey L. Rudd (ARDC No. 6273373)
Amy R. Cortez (ARDC #6335725)
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
155 N. Wacker Drive, Suite 4300
Chicago, IL 60606-1731
*jeffrey.rudd@ogletree.com*
*amy.cortez@ogletree.com*
(312) 558-1220
Firm ID: 37976

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on January 16, 2026, the foregoing ***Respondent's Privilege Log*** was served electronically via JAMS Access upon Claimant and Claimant's Representative.

/s/ Jeffrey L. Rudd
One of the Attorneys for Respondent
**RED BULL NORTH AMERICA, INC.**