**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES LECLERC<br>Plaintiff, | )<br>)<br>) | |
| v. | ) | 1:26-cv-07715 |
| | ) | |
| RED BULL NORTH AMERICA, INC.,<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.;<br>KIM BROOKS, individually; and<br>JUAN C. CASTANEDA, individually, | )<br>)<br>)<br>)<br>) | Hon. Sharon Johnson Coleman<br><br>Magistrate Hon. Karyn L. Bass Ehler |
| Defendants. | ) | |

**DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS**

Defendants, Red Bull North America, Inc. ("Red Bull"), Kim Brooks ("Brooks"), Juan C. Castañeda ("Castañeda"), and Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ("Ogletree") (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 6, requests this Court grant them an extension of fourteen (14) days to file replies in support of Defendants' Motions to Dismiss Plaintiff's Complaint (Docs. 39, 42, 44), up to and including November 23, 2026. In support, Defendants state:

1. On October 26, 2026, Plaintiff Charles Leclerc ("Plaintiff") filed his Omnibus Response to Defendants' Motions to Dismiss (the "Response"). Doc. 59.

2. The Response is sixty-five pages in total, including a fifteen-page table of authorities, and a forty-five page memorandum in support. Doc. 59.

3. Plaintiff further filed two declarations in support of the Response totaling thirty-two pages in length, and fifteen exhibits totaling 161 pages in length. Docs. 57, 58, 60.

4. The current deadline for Defendants to file their respective replies to the Response is November 9, 2026. *See* Doc. 48.

5. Defendants intend to file separate replies corresponding with their Motions to Dismiss: one for the individual Defendants, Brooks and Castañeda, one for Red Bull, and one for Ogletree.

6. Defendants respectfully request an extension of fourteen (14) days to file their replies. Additional time is needed given the size of Plaintiff's Response and the extensive new and additional factual allegations asserted, which apply differently to each Defendant, as well as the number and complexity of the legal questions at issue.

7. This is the Defendants' first request for an extension of time to file replies in support of their Motions to Dismiss.

8. The extension requested will not cause undue delay and will not result in any prejudice to any of the parties involved.

9. Counsel for Defendants contacted Plaintiff regarding this request, and Plaintiff objected to this extension of time.

WHEREFORE, Defendants Red Bull North America, Inc., Kim Brooks, Juan C. Castañeda, and Ogletree, Deakins, Nash, Smoak & Stewart, P.C. respectfully request this Court grant them an extension of fourteen days until November 23, 2026, to file their replies, and grant any other relief this Court deems equitable and just.

Dated: October 29, 2026

Respectfully submitted,

**RED BULL NORTH AMERICA, INC., KIM BROOKS, AND JUAN C. CASTAÑEDA**

*/s/ David J. Stein*

David J. Stein (6307086)
Kara E. Angeletti (6329388)
Addison Schlatter (6348632)
GREENBERG TRAURIG, LLP
360 North Green, Suite 1300
Chicago, Illinois 60607
T: (312) 456-1003
F: (312) 456-8435
David.Stein@gtlaw.com
Angelettik@gtlaw.com
Addison.Schlatter@gtlaw.com

*Attorneys for Defendants Red Bull North America., Inc, Kim Brooks & Juan C. Castañeda*

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*/s/ Zachary J. Freeman*

Edward W. Feldman
Zachary J. Freeman
James P. Mooney
MILLER SHAKMAN LEVINE & FELDMAN LLP
(No. 90236)
30 W. Monroe Street, Suite 1900
Chicago, Illinois 60603
(312) 263-3700
efeldman@millershakman.com
zfreeman@millershakman.com
jmooney@millershakman.com

*Attorneys for Defendant OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.*

## CERTIFICATE OF SERVICE

I, David J. Stein, hereby certify that on October 29, 2026, a true and correct copy of **DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLIES IN SUPPORT OF MOTIONS TO DISMISS** was served electronically on all counsel through the Court's ECF system.

*/s/ David J. Stein*