**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES LECLERC<br>Plaintiff, | ) | |
| v. | ) | 1:26-cv-07715 |
| RED BULL NORTH AMERICA, INC.,<br>OGLETREE, DEAKINS, NASH,<br>SMOAK & STEWART, P.C.;<br>KIM BROOKS, individually; and<br>JUAN C. CASTANEDA, individually, | ) | Hon. Sharon Johnson Coleman<br><br>Magistrate Hon. Karyn L. Bass Ehler |
| Defendants. | ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on Wedensday, November 4, 2026 at 10:00 a.m., Defendants, Red Bull North America, Inc., Kim Brooks, and Juan C. Castaneda, and Ogletree, Deakins, Nash, Smoak & Steward, P.C., will appear before the Honorable Judge Sharon Johnson Coleman, in courtroom 1260 of the Everett McKinley Dirksen Building, at 219 S. Dearborn St., Chicago, Illinois 60602, and then and there present Defendants' previously filed Joint Motion for Extension of Time to File Replies in Support of Motions to Dismiss at which time you may appear if you see so fit.

Dated: October 30, 2026

Respectfully submitted,

*/s/ David J. Stein*

David J. Stein (6307086)
Kara E. Angeletti (6329388)
Addison Schlatter (6348632)
GREENBERG TRAURIG, LLP
360 North Green, Suite 1300
Chicago, Illinois 60607
T: (312) 456-1003
F: (312) 456-8435
David.Stein@gtlaw.com
Angelettik@gtlaw.com
Addison.Schlatter@gtlaw.com
*Attorneys for Defendants Red Bull North America., Inc, Kim Brooks & Juan C. Castaneda*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, I electronically filed the foregoing **NOTICE OF MOTION** through the Electronic Case Filing System for the Northern District of Illinois, which will send notification of such filing to all counsel of record.

*/s/ David J. Stein*