**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Charles Leclerc

Plaintiff,

v.

Case No.: 1:26−cv−07715
Honorable Sharon Johnson Coleman

Red Bull North America, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 30, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: On review of Defendants' motion [62] to extend their respective reply deadlines for the pending motions to dismiss, the Court does not believe that the circumstances are so dire as to justify Defendants' requested relief. The Court believes that Defendants, who are represented by two large law firms with three attorneys appearing for each, likely have the resources to submit their reply briefs as previously scheduled. Additionally, with respect to Defendants' complaints about having to answering a 45−page omnibus response, the Court observes that this is a problem of Defendants' own making in choosing to file three separate motions to dismiss. Nevertheless, the Court will grant a small extension. Defendants' respective reply briefs will now be due by 11/13/2026. No further extensions will be granted absent a showing of extremely good cause. No appearance necessary on 11/4/2026. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.