FILED
11/15/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

Case No: 1:26-CV-07715

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES LECLERC, | ) | |
| Plaintiff, | ) | Case No. 1:26-cv-07715 |
| v. | ) | Judge Sharon Johnson Coleman |
| RED BULL NORTH AMERICA, INC., | ) | Magistrate Judge Karyn L. Bass Ehler |
| et al., | ) | |
| Defendants. | ) | |

**PLAINTIFF'S NOTICE OF MOTION**

TO: All counsel of record

Please take notice that Plaintiff Charles Leclerc's Motion for a Preliminary Injunction Pending the Court's Arbitration Enforcement Decision is noticed for presentment on Tuesday, December 1, 2026, at 10:00 a.m. before the Honorable Sharon Johnson Coleman in Courtroom 1241 of the United States District Court for the Northern District of Illinois, Eastern Division, subject to further order of the Court.

Plaintiff asks the Court to vacate the noticed presentment, excuse his appearance at any proceeding on this motion from November 19, 2026, through December 1, 2026, while he is abroad, and decide the motion on the written record after expedited briefing. The motion seeks interim relief solely against Defendant Red Bull North America, Inc.

Dated: November 15, 2026

Respectfully submitted,

/s/ Charles Leclerc

Charles Leclerc

Plaintiff, Pro Se

400 W. Ontario St., #603

Chicago, IL 60654

Tel: (612) 600-4044

Email: charles_leclerc@outlook.com