FILED
11/15/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

Case No: 1:26-CV-07715

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Charles Leclerc v. Red Bull North America, Inc., et al.
Case No. 1:26-cv-07715
Judge Sharon Johnson Coleman

# TABLE OF SUPPLEMENTAL EXHIBITS

In Support of Plaintiff's Motion for a Preliminary Injunction

| Exhibit | Description | Source pages |
|---|---|---|
| A | November 6, 2026 Motion for Entry of Proposed Case Management Order | 1–7 |
| B | November 6, 2026 confidentiality motion and amended privilege log | 1–38 |
| C | November 8, 2026 consolidated procedural objection | 1–2 |
| D | November 8, 2026 expedited leave and temporary-stay request | 1–2 |
| E | November 11, 2026 respondent request for conference | 1 |
| F | JAMS Orders 4, 25, 28, and 30 (January 13, 2025 to December 2, 2025) | 1–18 |
| G | May 14, 2026 leave request and June 22, 2026 and July 14, 2026 follow-ups | 1–7 |
| H | July 23, 2026 to July 27, 2026 email chain including proposed forum agreement and refusal | 1–4 |
| I | Confidentiality filings and orders from August 20, 2025 to December 2, 2025 | 1–31 |
| J | NAC challenge and clarification record from June 10, 2025 to July 9, 2025 | 1–26 |
| K | Order 16 enforcement briefing and orders from January 2, 2026 to February 23, 2026 | 1–40 |
| L | September 1, 2026 First Amended Supplemental Answers to Interrogatories | 1–16 |
| M | November 13, 2026 conference-availability email and Plaintiff's response | 1–2 |
| N | Entered discovery-response deadlines and production-status filings | 1–17 |
| O | October 28, 2025 request for authenticated production | 1–5 |

Each exhibit has an identifying cover. Source-page citations begin after that cover. The source-page index for Exhibits N and O follows.

# SOURCE-PAGE INDEX FOR EXHIBITS N AND O

## Exhibit N - Entered discovery-response deadlines and production-status filings

| Document | Source pages |
|---|---|
| Order 6, dated February 3, 2025 | 1-3 |
| Order 8, dated March 6, 2025 | 4-5 |
| Order 9, dated March 25, 2025 | 6-7 |
| Order 11, dated April 30, 2025 | 8-9 |
| Red Bull’s response to motion to compel discovery, April 15, 2025 | 10-14 |
| Red Bull’s amended response, April 17, 2025 | 15-17 |

## Exhibit O - October 28, 2025 request for authenticated production

| Document | Source pages |
|---|---|
| Order 26, dated October 31, 2025 | 1 |
| Claimant’s October 28, 2025 motion for authenticated production | 2-5 |