FILED
11/15/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

Case No: 1:26-CV-07715

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Charles Leclerc v. Red Bull North America, Inc., et al.
Case No. 1:26-cv-07715
Judge Sharon Johnson Coleman

# SUPPLEMENTAL EXHIBIT A

## November 6, 2026 Motion for Entry of Proposed Case Management Order

7 source pages follow this identifying cover.

This cover is not part of the original document. References to pages of this exhibit exclude this cover.

**JAMS ARBITRATION**

| | |
|---|---|
| **CHARLES LECLERC,**<br>**Claimant,**<br>**v.**<br>**RED BULL NORTH AMERICA, INC.,**<br>**Respondent.** | **JAMS CASE NO. 5340001145** |

## MOTION FOR ENTRY OF PROPOSED CASE MANAGEMENT ORDER

Respondent RED BULL NORTH AMERICA, INC. ("Respondent"), pursuant to JAMS Rules 16 and 19, respectfully request the Arbitrator approve and enter the attached Proposed Case Management Order to govern the schedule of this matter. In support of this Motion, Respondent states as follows:

1. This arbitration commenced on August 23, 2024.

2. The Parties convened for a preliminary hearing before the Arbitrator on November 4, 2024. *See* Order No. 1. Following the preliminary hearing, the Arbitrator entered deadlines for Claimant to file an amended Demand for Arbitration, and for Respondent to file a request for leave to file a motion for Summary Disposition. No other deadlines were entered.

3. On January 13, 2025, the Arbitrator denied Respondent's request for leave to file a motion for Summary Disposition without prejudice "to renew it as this matter transpires." *See* Order No. 4. No subsequent dispositive motion deadline was entered in the matter.

4. On January 31, 2025, the Arbitrator ordered the parties to respond to written discovery by March 7, 2025. *See* Order No. 6. No other deadlines were entered. The parties

subsequently, by agreement and by motion, extended the deadline to respond to written discovery. *See* Orders No. 8, 9, 11.

5. To date, no case management order or other or further deadlines have been entered.

6. Accordingly, Respondent respectfully requests that the Arbitrator enter the Proposed Case Management Order, attached hereto as **Exhibit A**.

7. This arbitration has been pending for more than two years. The entry of the Proposed Case Management Order will promote the efficient and orderly administration of this case by ensuring that the parties diligently pursue, and focus time and resources on matters necessary for, the resolution of this dispute.

8. Rule 16 permits the parties and the Arbitrator to address the schedule of the arbitration, including discovery, the scheduling of the hearing and pre-hearing deadlines, and dispositive motions. Rule 19 permits the Arbitrator to determine the date, time, and location of the Hearing.

9. The requested deadlines will not cause any delay in the prosecuting or handling of this case or prejudice any party. Rather, the Proposed Case Management Order promotes judicial economy by preventing further unnecessary delay.

WHEREFORE, Respondent respectfully requests that the Arbitrator grant this Motion for Entry of Proposed Case Management Order and enter the Proposed Case Management Order, and for such other and further relief as the Arbitrator deems just and proper.

November 6, 2026

Respectfully Submitted,

**GREENBERG TRAURIG, LLP**

*/s/ David J. Stein*

David J. Stein
Addison Schlatter
360 North Green Street, Suite 1300
Chicago, IL 60607
Tel: 312-456-1003
Fax: 312-456-8435
david.stein@gtlaw.com
Addison.schlatter@gtlaw.com

*Attorneys for Respondent*

**CERTIFICATE OF SERVICE**

I, David J. Stein hereby certify that on November 6, 2026, I caused a true and correct copy of the foregoing MOTION FOR ENTRY OF PROPOSED CASE MANAGEMENT ORDER to be served on the following counsel of record via JAMS Electronic Filing System:

Charles Leclerc
400 W. Ontario St. #603
Chicago, IL 60654
Charles_leclerc@outlook.com

*/s/ David J. Stein*

# EXHIBIT A

**JAMS ARBITRATION**

| | |
|---|---|
| **CHARLES LECLERC,**<br>**Claimant,**<br>**v.**<br>**RED BULL NORTH AMERICA, INC.,**<br>**Respondent.** | **JAMS CASE NO. 5340001145** |

**ORDER NO. 36 – [PROPOSED] CASE MANAGEMENT ORDER**

The Respondent filed a Motion for Entry of Proposed Case Management Order. The following is made respecting the conduct of this arbitration:

1. Parties and Counsel: The parties to this arbitration are identified in the caption and are represented as indicated on the service list available on JAMS Access.

2. Arbitrator:

Hon. John C. Griffin (Ret.)
71 S. Wacker Drive, Suite 2400
Chicago, IL 60606
312-655-0555
jgriffin@jamsadr.com

3. Case Manager:

Natasha Erese
71 S. Wacker Drive, Suite 2400
Chicago, IL 60606
312-766-5184
nerese@jamsadr.com

4. Case Management Schedule:

**a. Discovery:** All responses to written discovery requests shall be served and filed by December 30, 2026.

**b. Fact witness depositions:** All depositions of fact witnesses shall be completed by January 30, 2026.

**c. Summary disposition:** The Arbitrator may permit any party to file a Motion for Summary Disposition by February 15, 2027;

i. Response brief: All responses to a Motion for Summary Disposition must be filed by March 12, 2027;

ii. Reply brief: all replies must be filed by March 26, 2027.

iii. Ruling on any Motions for Summary Disposition by April 23, 2027.

**d. Pre-hearing:** the parties shall serve and file by June 11 , 2027

i. Pre-marked exhibits;

ii. List of witnesses and a short summary of their anticipated testimony in order of testimony;

iii. Pre-hearing briefs.

**e. Pre-Hearing Conference:** a pre-hearing conference to address housekeeping issues is set to be scheduled based on the availability of the parties at a later date.

**f. Arbitration hearing:** the final hearing will be held July 16, 2027.

5. The parties are requested to carefully review this order and report any necessary corrections to the Case Manager immediately.

Dated: ______________

______________________________
Hon. John C. Griffin (Ret.)
JAMS Arbitrator