FILED
11/15/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Case No: 1:26-CV-07715

Charles Leclerc v. Red Bull North America, Inc., et al.
Case No. 1:26-cv-07715
Judge Sharon Johnson Coleman

# SUPPLEMENTAL EXHIBIT B

## November 6, 2026 confidentiality motion and amended privilege log

38 source pages follow this identifying cover.

Source pages 1–26: motion and proposed orders. Pages 27–38: amended privilege log. Log source pages 10 and 12 are combined pages 36 and 38.

This cover is not part of the original document. References to pages of this exhibit exclude this cover.

**JAMS ARBITRATION**

| | |
|---|---|
| **CHARLES LECLERC,**<br>**Claimant,**<br>**v.**<br>**RED BULL NORTH AMERICA, INC.,**<br>**Respondent.** | **JAMS CASE NO. 5340001145** |

**MOTION FOR ENTRY OF SECOND AMENDED CONFIDENTIALITY ORDER**

Respondent RED BULL NORTH AMERICA, INC. ("Respondent"), pursuant to JAMS Rule 26(b), respectfully requests the Arbitrator approve and enter the attached Second Amended Confidentiality Order to govern the disclosure of confidential information exchanged in this matter. In support of this Motion, Respondent states as follows:

1. On December 2, 2025, the Arbitrator entered the Amended Confidentiality Order (Order No. 30).

2. In the interest of preventing inadvertent or unauthorized disclosure of confidential information to third party platforms, Respondent seeks entry of the Second Amended Confidentiality Order, attached hereto **as Exhibit A**, which places narrow limits on the upload or disclosure of confidential information to certain large language models ("LLM") or artificial intelligence ("AI") platforms without appropriate safeguards.

3. A redline of the Second Amended Confidentiality Order is attached hereto as **Exhibit B**.

4. Rule 26(b) requires the Arbitrator to "maintain the confidential nature of the Arbitration proceeding", including by "issu[ing] orders to protect the confidentiality of proprietary

information, trade secrets, or other sensitive information." The Seventh Circuit recently cautioned against the unrestricted use of AI by *pro se* and represented litigants, and noted that courts may "arrive over time at sound and workable practices, policies, and rules that account for" the issues presented by AI. *Jones v. Kankakee Cnty. Sheriff's Dep't*, 164 F.4th 967, 970 (7th Cir. 2026). Certain courts of the Seventh Circuit have granted and even implemented *sua sponte* restrictions on the usage of AI. *United States v. Hoskins*, No. 24 CR 454-2, 2026 WL 1493698, at *1 (N.D. Ill. May 28, 2026) (entering agreed protective order prohibiting the use of AI); *Zask v. Kohl's Corp*., No. 25-CV-948-JPS, 2026 WL 2531856, at *1, 5 (E.D. Wis. Aug. 27, 2026) (modifying parties agreed protective order to prohibit usage of AI platforms that are not subject to enforceable contractual terms prohibiting use of information for model training or improvement, or disclosure to third parties); *Dorsey v. Campos*, No. 1:25 C 01212, 2026 WL 1493696, at *5 (N.D. Ill. May 28, 2026) (discussing court-ordered citation procedures aimed at preventing "unreviewed AI use"). Countless other courts have sanctioned or admonished *pro se* litigants for unrestricted use of AI in litigation. *See Allen v. Casper,* No. 25 C 10438, 2026 WL 674309, at *9-10 (N.D. Ill. Mar. 10, 2026) (sanctioning *pro se* plaintiff for hallucinated citations)*; Maxwell v. Michael,* No. 1:24-CV-01365-JRS-TAB, 2026 WL 1476447, at *2 (S.D. Ind. May 26, 2026) (sanctioning *pro se* plaintiff for use of generative AI).

5. Here, the Motion is necessary to protect the confidential information exchanged in this case, including by preventing the parties from uploading such information into LLM and AI platforms where it may be improperly retained, used for model training, or disclosed to third parties. Implementing restrictions on the usage of AI is within the Arbitrator's clear authority to preserve the confidentiality of the proceeding, and protect the confidential status of certain discovery materials.

6. This Motion is filed in good faith and will not result in delay of the arbitration of prejudice to the parties.

WHEREFORE, Respondent RED BULL NORTH AMERICA, INC., respectfully requests the Arbitrator grant this Motion for Entry of Second Amended Confidentiality Order and for such other and further relief deemed necessary.

November 6, 2026

Respectfully Submitted,

**GREENBERG TRAURIG, LLP**

*/s/ David J. Stein*

David J. Stein
Addison Schlatter
360 North Green Street, Suite 1300
Chicago, IL 60607
Tel: 312-456-1003
Fax: 312-456-8435
david.stein@gtlaw.com
Addison.schlatter@gtlaw.com

*Attorneys for Respondent*

**CERTIFICATE OF SERVICE**

I, David J. Stein hereby certify that on November 6, 2026, I caused a true and correct copy of the foregoing MOTION FOR ENTRY OF SECOND AMENDED CONFIDENTIALITY ORDER to be served on the following counsel of record via JAMS Electronic Filing System:

Charles Leclerc
400 W. Ontario St. #603
Chicago, IL 60654
Charles_leclerc@outlook.com

*/s/ David J. Stein*

# EXHIBIT A

**JAMS**

| | | |
|---|---|---|
| CHARLES LECLERC,<br><br>Claimant,<br><br>v.<br><br>RED BULL NORTH AMERICA, INC.,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | JAMS Ref. No. 534001145<br><br><br><br><br>Arbitrator: Hon. Judge John C. Griffin (Ret.) |

**SECOND AMENDED CONFIDENTIALITY ORDER**

A party to this proceeding has moved that the Arbitrator enter a confidentiality order. The Arbitrator has determined that the terms set forth herein are appropriate to protect the respective interests of the parties, the public, and JAMS. Accordingly, it is ORDERED:

**1. Scope.** All materials produced or adduced in the course of discovery, including initial disclosures, responses to discovery requests, document productions, deposition testimony and exhibits, and information derived directly therefrom (hereinafter collectively "Documents"), shall be subject to this Order concerning Confidential Information as defined below. This Order is subject to JAMS's Comprehensive Arbitration Rules & Procedures and JAMS's Employment Arbitration Rules and Procedures.

**2. Confidential Information.** As used in this Order, "Confidential Information" means information designated as "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" by the producing party that falls within one or more of the following categories: (a) information that reveals trade secrets; (b) research, technical, commercial or financial information that the party has maintained as confidential; (c) medical information concerning any individual; (d) personal identity information; (e) income tax returns (including attached schedules and forms), W-2 forms and 1099

forms; (f) personnel or employment records of a person who is not a party to the case; and (g) business strategy decisions or competitive business information. Information or documents that are readily available to the public may not be designated as Confidential Information.

3. **Designation**.

(a) A party may designate a document as Confidential Information for protection under this Order by placing or affixing the words "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" on the document and on all copies in a manner that will not interfere with the legibility of the document. As used in this Order, "copies" includes electronic images, duplicates, extracts, summaries, or descriptions that contain the Confidential Information. The marking "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" shall be applied prior to or at the time the documents are produced or disclosed. Applying the marking "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" to a document does not mean that the document has any status or protection by statute or otherwise except to the extent and for the purposes of this Order. Any copies that are made of any documents marked "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" shall also be so marked, except that indices, electronic databases or lists of documents that do not contain substantial portions or images of the text of marked documents and do not otherwise disclose the substance of the Confidential Information are not required to be marked.

(b) The designation of a document as Confidential Information is a certification by an attorney or a party that the document contains Confidential Information as defined in this order.

(c) For any documents that identify a current or former Red Bull employee that is not relevant to Claimant's claims, Respondent will redact personally identifiable

information, revealing only the employee's initials to facilitate tracking.

**4. Depositions.** Unless all parties agree on the record at the time the deposition testimony is taken, all deposition testimony taken in this case shall be treated as Confidential Information until the expiration of the following: No later than the fourteenth day after the transcript is delivered to any party or the witness, and in no event later than 60 days after the testimony was given. Within this time period, a party may serve a Notice of Designation to all parties of record as to specific portions of the testimony that are designated Confidential Information, and thereafter only those portions identified in the Notice of Designation shall be protected by the terms of this Order. The failure to serve a timely Notice of Designation shall waive any designation of testimony taken in that deposition as Confidential Information, unless otherwise ordered by the Arbitrator.

**5. Protection of Confidential Material.**

**(a) General Protections.** Confidential Information shall not be used or disclosed by the parties, counsel for the parties or any other persons identified in subparagraph (b) for any purpose whatsoever other than in this proceeding, including any appeal thereof.

**(b) Limited Third-Party Disclosures.** The parties and any counsel and/or representatives for the parties shall not disclose or permit the disclosure of any Confidential Information to any third person or entity except as set forth in subparagraphs (1)-(9). Subject to these requirements, the following categories of persons may be allowed to review Confidential Information:

(1) **Counsel.** Counsel for the parties and employees of counsel who have responsibility for the action;

(2) **Claimant's Representative.** Claimant's authorized representative in this proceeding, Robert Essertier.

(2) **Parties.** Individual parties and employees of a party but only to the extent counsel determines in good faith that the employee's assistance is reasonably necessary to the conduct of the proceeding in which the information is disclosed;

(3) **JAMS and its personnel;**

(4) **Court Reporters and Recorders.** Court reporters and recorders engaged for depositions;

(5) **Contractors.** Those persons specifically engaged for the limited purpose of making copies of documents or organizing or processing documents, including outside vendors hired to process electronically stored documents;

(6) **Consultants and Experts.** Consultants, investigators, or experts employed by the parties or counsel for the parties to assist in the preparation and hearing of this proceeding but only after such persons have completed the certification contained in Attachment A, Acknowledgment of Understanding and Agreement to Be Bound;

(7) **Witnesses at depositions.** During their depositions, witnesses in this proceeding to whom disclosure is reasonably necessary. Witnesses shall not retain a copy of documents containing Confidential Information, except witnesses may receive a copy of all exhibits marked at their depositions in connection with review of the transcripts. Pages of transcribed deposition testimony or exhibits to depositions that are designated as Confidential Information pursuant to the process set out in this Order must be separately bound by the court reporter and may not be disclosed to anyone except as permitted under this Order;

(8) **Author or recipient.** The author or recipient of the document (not including a person who received the document in the course of the proceeding); and

(9) **Others by Consent.** Other persons only by written consent of the producing party or upon order of the Arbitrator and on such conditions as may be agreed or ordered.

(c) **Control of Documents.** Counsel and/or representatives for the parties shall make reasonable efforts to prevent unauthorized or inadvertent disclosure of Confidential Information. The parties shall maintain the originals of the forms signed by persons acknowledging their obligations under this Order for a period of three years after the termination of the proceeding.

6. **Artificial Intelligence.** The receiving party shall not load, import, submit, or otherwise transfer Confidential Information produced by the producing party to a publicly accessible or consumer-based Large Language Model ("LLM") or Artificial Intelligence ("AI") platform. LLM or AI platforms may be used if the receiving party demonstrates that the system is operated in a secure environment and is subject to enforceable contractual terms that prohibit 1) the use of the information for training or model improvement, and 2) disclosure to unauthorized third parties.

7. **Inadvertent Failure to Designate.** An inadvertent failure to designate a document as Confidential Information does not, standing alone, waive the right to so designate the document; provided, however, that a failure to serve a timely Notice of Designation of deposition testimony as required by this Order, even if inadvertent, waives any protection for deposition testimony. If a party designates a document as Confidential Information after it was initially produced, the receiving party, on notification of the designation, must make a reasonable effort to assure that the document is treated in accordance with the provisions of this Order. No party shall be found to have violated this Order for failing to maintain the confidentiality of material during a time when that material has not been designated Confidential Information, even where the failure to so designate was inadvertent and where the material is subsequently designated Confidential Information.

8. **Filing of Confidential Information.** This Order does not, by itself, authorize the filing of any document under seal. Unless prior written authority is granted to file any documents under seal, no party may file any document with JAMS Access that would have the effect of removing from public view. JAMS shall reject any such filing, unless the filing is accompanied by a written authorization from the Arbitrator permitting such sealed or confidential

filing.

**9. Inadvertent Production of Privileged Information:** If, at any time, a part discovers that it produced information that it reasonable believes is subject to protection under the attorney/client, work-product, or trial-preparation privileges, then it must promptly notify each Receiving Party of the claim for protection, the basis for it, and amend its privilege log accordingly. Whenever possible, the producing party must produce substitute information that redacts the information subject to the claimed production. The Receiving Party must thereupon promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The producing party must preserve the information until the claim is resolved.

**10. No Greater Protection of Specific Documents.** Except on privilege grounds not addressed by this Order, no party may withhold information from discovery on the ground that it requires protection greater than that afforded by this Order unless the party moves for an order providing such special protection.

**11. Challenges by a Party to Designation as Confidential Information.** The designation of any material or document as Confidential Information is subject to challenge by any party. The following procedure shall apply to any such challenge.

**(a) Meet and Confer.** A party challenging the designation of Confidential Information must do so in good faith and must begin the process by conferring directly with counsel and/or the representative for the designating party. In conferring, the challenging party must explain the basis for its belief that the confidentiality designation was not proper and must give the designating party

an opportunity to review the designated material, to reconsider the designation, and, if no change in designation is offered, to explain the basis for the designation. The designating party must respond to the challenge within ten (10) business days.

**(b) Arbitrator Intervention.** A party that elects to challenge a confidentiality designation may file and serve a motion that identifies the challenged material and sets forth in detail the basis for the challenge. Each such motion must be accompanied by a competent declaration that affirms that the movant has complied with the meet and confer requirements of this procedure. The burden of persuasion in any such challenge proceeding shall be on the designating party. Until the Arbitrator rules on the challenge, all parties shall continue to treat the materials as Confidential Information under the terms of this Order.

**12. Action by the Arbitrator.** Applications to the Arbitrator for an order relating to materials or documents designated Confidential Information shall be by motion. Nothing in this Order or any action or agreement of a party under this Order limits the Arbitrator's power to make orders concerning the disclosure of documents produced in discovery or at hearing.

**13. Use of Confidential Documents or Information at Hearing.** Nothing in this Order shall be construed to affect the use of any document, material, or information at any hearing. A party that intends to present or that anticipates that another party may present Confidential Information at a hearing shall bring that issue to the Arbitrator's and parties' attention by motion or in a prehearing memorandum without disclosing the Confidential Information. The Arbitrator may thereafter make such orders as are necessary to govern the use of such documents or information at hearing.

**14. Confidential Information Subpoenaed or Ordered Produced in Subsequent Litigation.**

**(a)** If a receiving party is served with a subpoena or an order issued in a subsequent litigation that would compel disclosure of any material or document designated in this proceeding as Confidential Information, the receiving party must so notify the designating party, in writing, immediately and in no event more than three (3) business days after receiving the subpoena or order. Such notification must include a copy of the subpoena or court order.

**(b)** The receiving party also must immediately inform in writing the party who caused the subpoena or order to issue in the subsequent litigation that some or all of the material covered by the subpoena or order is the subject of this Order. In addition, the receiving party must deliver a copy of this Order promptly to the party in the subsequent litigation that caused the subpoena to issue.

**(c)** The purpose of imposing these duties is to alert the interested persons to the existence of this Order and to afford the designating party in this case an opportunity to try to protect its Confidential Information in the subsequent litigation from which the subpoena or order issued. The designating party shall bear the burden and the expense of seeking protection in that court of its Confidential Information, and nothing in these provisions should be construed as authorizing or encouraging a receiving party in this action to disobey a lawful directive from another court. The obligations set forth in this paragraph remain in effect while the party has in its possession, custody, or control Confidential Information by the other party to this case.

**15. Obligations on Conclusion of Proceeding.**

**(a) Order Continues in Force.** Unless otherwise agreed or ordered, this Order shall remain in force after dismissal or entry of a final award not subject to further appeal.

**(b) Obligations at Conclusion of Proceeding.** Within 63 days after dismissal or entry of final award not subject to further appeal or any court proceedings under the FAA, all Confidential

information and Documents marked "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" under this Order, including copies as defined in ¶ 3(a), shall be returned to the producing parties OR DESTROYED, unless: (1) the document has been offered into evidence or filed without restriction as to disclosure; (2) the parties agree to destruction to the extent practicable in lieu of return; or (3) as to documents bearing the notations, summations, or other mental impressions of the receiving party, that party elects to destroy the documents and certifies to the producing party that it has done so.

**(c) Retention of Work product and one set of Filed Documents.** Notwithstanding the above requirements to return or destroy documents, counsel may retain (1) attorney work product, including an index that refers or relates to designated Confidential Information as long as that work product does not duplicate verbatim substantial portions of Confidential Information, and (2) one complete set of all documents filed with JAMS, including those filed under seal. Any retained Confidential Information shall continue to be protected under this Order. An attorney may use his or her work product in subsequent litigation, provide that its use does not disclose or use Confidential Information.

**16. Order Subject to Modification.** This Order shall be subject to modification by the Arbitrator on his own initiative or on motion of a party or any other person with standing concerning the subject matter.

**17. No Prior Determination.** This Order is entered based on the representations and agreements of the Parties and for the purpose of facilitating discovery. Nothing herein shall be construed or presented as a determination that any document or material designated Confidential Information by counsel, or the parties is entitled to great protection until such time as the Arbitrator may rule on a specific document or issue.

**18. Persons Bound.** This Order shall take effect when entered and shall be binding upon all parties, counsel of record and their law firms, the parties' representatives, and persons made subject to this Order by its terms.

So Ordered.

Dated: ______________

________________________________________
Hon. Judge John C. Griffin

**ATTACHMENT A**

**JAMS**

| | | |
|---|---|---|
| CHARLES LECLERC,<br>Claimant,<br>v.<br>RED BULL NORTH AMERICA, INC.,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | JAMS Ref. No. 534001145<br><br>Arbitrator: Hon. Judge John C. Griffin (Ret.) |

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

The undersigned hereby acknowledges that he/she has read the Confidentiality Order dated ______________________________________ in the above-captioned proceeding and attached hereto, understands the terms thereof, and agrees to be bound by its terms. The undersigned submits to JAMS's Comprehensive Arbitration Rules & Procedures and JAMS's Employment Arbitration Rules and Procedures in matters relating to the Confidentiality Order and understands and agrees that the terms of the Confidentiality Order obligate him/her to use materials designated as Confidential Information in accordance with the Order solely for the purposes of the above-captioned proceeding, and not to disclose or improperly retain any such Confidential Information to any other person or firm.

Name: ______________________________________________

Job Title: ______________________________________________

Employer: ______________________________________________

Business Address:

______________________________________________

______________________________________________

______________________________________________

Date: _________________ Signature: ______________________________

# EXHIBIT B

**JAMS**

| | | |
|---|---|---|
| ~~**CHARLES LECLERC,**~~<br><br>~~**Claimant,**~~<br><br>~~**v.**~~<br><br>~~**RED BULL NORTH AMERICA, INC.,**~~<br><br>~~**Respondent.**~~ | ~~)~~<br>~~)~~<br>~~)~~<br>~~)~~<br>~~)~~<br>~~)~~<br>~~)~~<br>~~)~~<br>~~)~~<br>~~)~~ | ~~**JAMS Ref. No. 534001145**~~<br><br>~~**Arbitrator: Hon. Judge John C. Griffin (Ret.)**~~ |
| **CHARLES LECLERC,**<br><br>**Claimant,**<br><br>**v.**<br><br>**RED BULL NORTH AMERICA, INC.,**<br><br>**Respondent.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JAMS Ref. No. 534001145**<br><br>**Arbitrator: Hon. Judge John C. Griffin (Ret.)** |

**SECOND AMENDED CONFIDENTIALITY ORDER**

A party to this proceeding has moved that the Arbitrator enter a confidentiality order. The Arbitrator has determined that the terms set forth herein are appropriate to protect the respective interests of the parties, the public, and JAMS. Accordingly, it is ORDERED:

**1. Scope.** All materials produced or adduced in the course of discovery, including initial disclosures, responses to discovery requests, document productions, deposition testimony and exhibits, and information derived directly therefrom (hereinafter collectively "Documents"), shall be subject to this Order concerning Confidential Information as defined below. This Order is subject to JAMS's Comprehensive Arbitration Rules & Procedures and JAMS's Employment Arbitration Rules and Procedures.

**2. Confidential Information.** As used in this Order, "Confidential Information" means information designated as "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" by

The parties shall maintain the originals of the forms signed by persons acknowledging their obligations under this Order for a period of three years after the termination of the proceeding.

**6. Artificial Intelligence. The receiving party shall not load, import, submit, or otherwise transfer Confidential Information produced by the producing party to a publicly accessible or consumer-based Large Language Model ("LLM") or Artificial Intelligence ("AI") platform. LLM or AI platforms may be used if the receiving party demonstrates that the system is operated in a secure environment and is subject to enforceable contractual terms that prohibit 1) the use of the information for training or model improvement, and 2) disclosure to unauthorized third parties.**

~~6~~7. **Inadvertent Failure to Designate.** An inadvertent failure to designate a document as Confidential Information does not, standing alone, waive the right to so designate the document; provided, however, that a failure to serve a timely Notice of Designation of deposition testimony as required by this Order, even if inadvertent, waives any protection for deposition testimony. If a party designates a document as Confidential Information after it was initially produced, the receiving party, on notification of the designation, must make a reasonable effort to assure that the document is treated in accordance with the provisions of this Order. No party shall be found to have violated this Order for failing to maintain the confidentiality of material during a time when that material has not been designated Confidential Information, even where the failure to so designate was inadvertent and where the material is subsequently designated Confidential Information.

~~7~~8. **Filing of Confidential Information.** This Order does not, by itself, authorize the filing of any document under seal. Unless prior written authority is granted to file any documents under seal, no party may file any document with JAMS Access that would have the

effect of removing from public view. JAMS shall reject any such filing, unless the filing is accompanied by a written authorization from the Arbitrator permitting such sealed or confidential filing.

**9. Inadvertent Production of Privileged Information: If, at any time, a part discovers that it produced information that it reasonable believes is subject to protection under the attorney/client, work-product, or trial-preparation privileges, then it must promptly notify each Receiving Party of the claim for protection, the basis for it, and amend its privilege log accordingly. Whenever possible, the producing party must produce substitute information that redacts the information subject to the claimed production. The Receiving Party must thereupon promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information to the court under seal for a determination of the claim. The producing party must preserve the information until the claim is resolved.**

**~~8~~10. No Greater Protection of Specific Documents.** Except on privilege grounds not addressed by this Order, no party may withhold information from discovery on the ground that it requires protection greater than that afforded by this Order unless the party moves for an order providing such special protection.

**~~9~~11. Challenges by a Party to Designation as Confidential Information.** The designation of any material or document as Confidential Information is subject to challenge by any

party. The following procedure shall apply to any such challenge.

**(a) Meet and Confer.** A party challenging the designation of Confidential Information must do so in good faith and must begin the process by conferring directly with counsel and/or the representative for the designating party. In conferring, the challenging party must explain the basis for its belief that the confidentiality designation was not proper and must give the designating party an opportunity to review the designated material, to reconsider the designation, and, if no change in designation is offered, to explain the basis for the designation. The designating party must respond to the challenge within ten (10) business days.

**(b) Arbitrator Intervention.** A party that elects to challenge a confidentiality designation may file and serve a motion that identifies the challenged material and sets forth in detail the basis for the challenge. Each such motion must be accompanied by a competent declaration that affirms that the movant has complied with the meet and confer requirements of this procedure. The burden of persuasion in any such challenge proceeding shall be on the designating party. Until the Arbitrator rules on the challenge, all parties shall continue to treat the materials as Confidential Information under the terms of this Order.

~~10~~12. **Action by the Arbitrator.** Applications to the Arbitrator for an order relating to materials or documents designated Confidential Information shall be by motion. Nothing in this Order or any action or agreement of a party under this Order limits the Arbitrator's power to make orders concerning the disclosure of documents produced in discovery or at hearing.

~~11~~13. **Use of Confidential Documents or Information at Hearing.** Nothing in this Order shall be construed to affect the use of any document, material, or information at any hearing. A party that intends to present or that anticipates that another party may present Confidential Information at a hearing shall bring that issue to the Arbitrator's and parties' attention by motion

or in a prehearing memorandum without disclosing the Confidential Information. The

Arbitrator may thereafter make such orders as are necessary to govern the use of such documents or information at hearing.

**~~12~~14. Confidential Information Subpoenaed or Ordered Produced in Subsequent Litigation.**

**(a)** If a receiving party is served with a subpoena or an order issued in a subsequent litigation that would compel disclosure of any material or document designated in this proceeding as Confidential Information, the receiving party must so notify the designating party, in writing, immediately and in no event more than three (3) business days after receiving the subpoena or order. Such notification must include a copy of the subpoena or court order.

**(b)** The receiving party also must immediately inform in writing the party who caused the subpoena or order to issue in the subsequent litigation that some or all of the material covered by the subpoena or order is the subject of this Order. In addition, the receiving party must deliver a copy of this Order promptly to the party in the subsequent litigation that caused the subpoena to issue.

**(c)** The purpose of imposing these duties is to alert the interested persons to the existence of this Order and to afford the designating party in this case an opportunity to try to protect its Confidential Information in the subsequent litigation from which the subpoena or order issued. The designating party shall bear the burden and the expense of seeking protection in that court of its Confidential Information, and nothing in these provisions should be construed as authorizing or encouraging a receiving party in this action to disobey a lawful directive from another court. The obligations set forth in this paragraph remain in effect while the party has in its possession, custody, or control Confidential Information by the other party to this case.

**~~13~~15. Obligations on Conclusion of Proceeding.**

**(a)** **Order Continues in Force.** Unless otherwise agreed or ordered, this Order shall

remain in force after dismissal or entry of a final award not subject to further appeal.

**(b) Obligations at Conclusion of Proceeding.** Within 63 days after dismissal or entry of final award not subject to further appeal or any court proceedings under the FAA, all Confidential information and Documents marked "CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER" under this Order, including copies as defined in ¶ 3(a), shall be returned to the producing parties OR DESTROYED, unless: (1) the document has been offered into evidence or filed without restriction as to disclosure; (2) the parties agree to destruction to the extent practicable in lieu of return; or (3) as to documents bearing the notations, summations, or other mental impressions of the receiving party, that party elects to destroy the documents and certifies to the producing party that it has done so.

**(c) Retention of Work product and one set of Filed Documents.** Notwithstanding the above requirements to return or destroy documents, counsel may retain (1) attorney work product, including an index that refers or relates to designated Confidential Information as long as that work product does not duplicate verbatim substantial portions of Confidential Information, and (2) one complete set of all documents filed with JAMS, including those filed under seal. Any retained Confidential Information shall continue to be protected under this Order. An attorney may use his or her work product in subsequent litigation, provide that its use does not disclose or use Confidential Information.

~~14~~16. **Order Subject to Modification.** This Order shall be subject to modification by the Arbitrator on his own initiative or on motion of a party or any other person with standing concerning the subject matter.

~~15~~17. **No Prior Determination.** This Order is entered based on the representations and agreements of the Parties and for the purpose of facilitating discovery. Nothing herein shall be construed or presented as a determination that any document or material designated

Confidential Information by counsel, or the parties is entitled to great protection until such time as the Arbitrator may rule on a specific document or issue.

~~16~~18. **Persons Bound.** This Order shall take effect when entered and shall be binding upon all parties, counsel of record and their law firms, the parties' representatives, and persons made subject to this Order by its terms.

So Ordered.

**Dated:** _______________
~~**December 2, 2025**~~

~~**Dated:**~~ ______________________ Hon. Judge John C. Griffin

**ATTACHMENT A**

**JAMS**

| | | |
|---|---|---|
| ~~**CHARLES LECLERC,**~~ | ~~)~~ | |
| | ~~)~~ | |
| ~~**Claimant,**~~ | ~~)~~ | ~~**JAMS Ref. No. 534001145**~~ |
| | ~~)~~ | |
| ~~**v.**~~ | ~~)~~ | |
| | ~~)~~ | |
| ~~**RED BULL NORTH AMERICA, INC.,**~~ | ~~)~~ | |
| | ~~)~~ | ~~**Arbitrator: Hon. Judge John C. Griffin (Ret.)**~~ |
| ~~**Respondent.**~~ | ~~)~~ | |
| | ~~)~~ | |

| | | |
|---|---|---|
| **CHARLES LECLERC,** | ) | |
| | ) | |
| **Claimant,** | ) | **JAMS Ref. No. 534001145** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **RED BULL NORTH AMERICA, INC.,** | ) | |
| | ) | **Arbitrator: Hon. Judge John C. Griffin (Ret.)** |
| **Respondent.** | ) | |
| | ) | |

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND**

The undersigned hereby acknowledges that he/she has read the Confidentiality Order dated ______________________________________ in the above-captioned proceeding and attached hereto, understands the terms thereof, and agrees to be bound by its terms. The undersigned submits to JAMS's Comprehensive Arbitration Rules & Procedures and JAMS's Employment Arbitration Rules and Procedures in matters relating to the Confidentiality Order and understands and agrees that the terms of the Confidentiality Order obligate him/her to use materials designated as Confidential Information in accordance with the Order solely for the purposes of the above-captioned proceeding, and not to disclose or improperly retain any such Confidential Information to any other person or firm.

~~**Name:**~~ ____________________________________________

~~**Job Title:**~~

~~**Employer**~~

**Employer:**

Business Address:

________________________________________

________________________________________

________________________________________

Date: _________________ Signature: ______________________________

| Document ID | Date Sent | From | To | CC | Subject Line or Attachment File Name | Privilege Description |
|---|---|---|---|---|---|---|
| DOC-0000018156 | 3/30/2022 8:45 | Takesha Clark | Kim Brooks; Sara Richards | | 19aba6468dd3264124bcea1f5ac3810c83threadv2.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000031111 | 8/3/2022 14:30 | LegalHold.us | Nickole Herhold | Eric Jacobson; Kim Brooks; Kristin Carlso | Leclerc Legal Hold Notice \| Privileged & Confidential.msg | Communications with legal counsel in connection with anticipated or pending litigation. |
| DOC-0000043809 | 8/3/2022 14:30 | LegalHold.us | Leslie Newlee | | Leclerc Legal Hold Notice \| Privileged & Confidential.msg | Communications with legal counsel in connection with anticipated or pending litigation. |
| DOC-0000078301 | 3/8/2022 9:03 | Sara Richards | Sapna Pandya | Anjelica Garcia | RE: Regarding your accommodation request.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000080197 | 7/7/2022 20:14 | Stephanie Daniels | Andra Brigmohan; Anjelica Garcia; Kim Brooks; Sapna Pandya | | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000096079 | 3/15/2022 8:54 | Takesha Clark | Eric Jacobson; Kim Brooks; Kristin Carlson; Sapna Pandya; Sara Richards; Stephanie Daniels | Andra Brigmohan; Mike Vaccaro | Accommodation denial for Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000096079-0002 | | | | | C. Leclerc Accomm Denial (KB edits 3.7.22).docx...docx | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000097307 | 1/6/2022 12:18 | Sara Richards | Anjelica Garcia; Kristin Carlson; Mike Vaccaro; Sapna Pandya | | 19d11f15ccd1a941b1a9ea8ece3ae5bd84threadv2.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000111930 | 3/7/2022 14:56 | Takesha Clark | Kim Brooks | Sara Richards | RE: Regarding your accommodation request.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000111930-0002 | | | | | C. Leclerc Accomm Denial.docx | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000143158 | 3/16/2022 12:30 | Kristin Carlson | Takesha Clark | | RE: Accommodation denial for Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000143353 | 3/1/2022 18:05 | Kim Brooks | Stephanie Daniels | Sara Richards; Takesha Clark | Re: Regarding your accommodation request.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000143353-0001 | | | | | image002.png | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000147097 | 4/21/2022 13:59 | Lily Lysle | Sara Richards | | 19meetingZjdkOTE1ZGYtNDE1Ny00MmZkLWlyZjgtNjhmYThlMmZhNzUxthreadv2.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000151333 | 2/3/2022 16:00 | Kristin Carlson | Anjelica Garcia; Lily Lysle; Mike Vaccaro; Sapna Pandya; Sara Richards | | 19d11f15ccd1a941b1a9ea8ece3ae5bd84threadv2.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |

| Document ID | Date Sent | From | To | CC | Subject Line or Attachment File Name | Privilege Description |
|---|---|---|---|---|---|---|
| DOC-0000152279 | 3/16/2022 19:43 | Kristin Carlson | Eric Jacobson; Kim Brooks; Sapna Pandya; Sara Richards; Stephanie Daniels; Takesha Clark | Andra Brigmohan; Mike Vaccaro | RE: Accommodation denial for Charles Leclerc \| privileged & confidential .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000153476 | 7/20/2022 13:51 | Kim Brooks | Sara Richards; Takesha Clark | | RE: COVID-19 Vaccination/Testing Policy and Related Employee-Facing Communications - privileged & confidential .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000153476-0001 | | | | | COVID-19 INFORMATION HUB.pdf | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000153685 | 7/7/2022 19:42 | Andra Brigmohan | Stephanie Daniels | Anjelica Garcia; Kim Brooks; Sapna Pandya | Re: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel in connection with anticipated or pending litigation. |
| DOC-0000157387 | 2/28/2022 16:47 | Kim Brooks | Sara Richards; Takesha Clark | Alasia Almanzar; Mike Vaccaro | RE: regarding religious accommodation request.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000163414 | 7/7/2022 20:00 | Kim Brooks | Andra Brigmohan; Anjelica Garcia; Sapna Pandya; Stephanie Daniels | | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000165105 | 2/22/2022 9:40 | Mike Vaccaro | Andra Brigmohan | | RE: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000165562 | 7/29/2022 15:13 | Kim Brooks | Stephanie Daniels | | 191121f209-0120-4cff-adf0-d4d59a0663d7cba3c851-a1ee-4c0b-b394-47dea8531871unqgblspaces.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000165630 | 7/11/2022 7:07 | Stephanie Daniels | Kim Brooks | | 191121f209-0120-4cff-adf0-d4d59a0663d7cba3c851-a1ee-4c0b-b394-47dea8531871unqgblspaces.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000166201 | 7/7/2022 16:07 | Anjelica Garcia | Andra Brigmohan; Kim Brooks; Stephanie Daniels | Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000166282 | 7/21/2022 14:22 | Kim Brooks | Andra Brigmohan; Anjelica Garcia; Sapna Pandya; Stephanie Daniels | | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000166485 | 7/19/2022 13:10 | Kim Brooks | Andra Brigmohan; Anjelica Garcia; Sapna Pandya; Stephanie Daniels | | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000166485-0001 | | | | | 2022-07-18--Interview Notes of Mark Andrade.pdf | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000166485-0002 | | | | | 2022-05-31--Interview Notes of Leslee Newlee.pdf | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |

| Document ID | Date Sent | From | To | CC | Subject Line or Attachment File Name | Privilege Description |
|---|---|---|---|---|---|---|
| DOC-0000166485-0003 | | | | | 2022-07-17--Interview Notes of Nour Abusaad.pdf | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000166485-0004 | | | | | 2022-07-17--Interview Notes of Nickole Herhold.pdf | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000166485-0005 | | | | | 2022-07-17--Interview Notes of Karishma Dayanand.pdf | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000167292 | 7/8/2022 10:06 | Anjelica Garcia | Kim Brooks; Stephanie Daniels | Andra Brigmohan; Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000167386 | 7/8/2022 12:57 | Stephanie Daniels | Anjelica Garcia; Kim Brooks | Andra Brigmohan; Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000167736 | 2/18/2022 12:35 | Stephanie Daniels | Kim Brooks; Mike Vaccaro | Andra Brigmohan | FW: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000171802 | 2/18/2022 10:40 | Stephanie Daniels | Andra Brigmohan | | RE: COVID Weekly Testing Policy - Follow Up .msg | Communications reflecting legal advice. |
| DOC-0000171802-0006 | | | | | COVID-19-Accommodation-Requests.aspx | Communications reflecting legal advice. |
| DOC-0000184350 | 3/29/2022 13:44 | Sara Richards | Anjelica Garcia; Brandon Nelson; Kristin Carlson; Lily Lysle; Mike Vaccaro; Sapna Pandya | | 19d11f15ccd1a941b1a9ea8ece3ae5bd84threadv2.msg | Communications reflecting legal advice. |
| DOC-0000184431 | 1/6/2022 16:28 | Kristin Carlson | Anjelica Garcia; Mike Vaccaro; Sapna Pandya; Sara Richards | | 19d11f15ccd1a941b1a9ea8ece3ae5bd84threadv2.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000184431-0001 | | | | | COVID Self Attestation.docx | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000187703 | 2/22/2022 9:44 | Andra Brigmohan | Mike Vaccaro | | RE: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000190173 | 3/7/2022 17:21 | Kim Brooks | Takesha Clark | Kristin Carlson; Sapna Pandya; Sara Richards | RE: Regarding your accommodation request.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000190173-0001 | | | | | C. Leclerc Accomm Denial (KB edits 3.7.22).docx | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000204699 | 7/6/2022 14:30 | Kim.Brooks@redbull.com | Andra Brigmohan; Stephanie Daniels | | 1945e4b575285f42ea8fe2b659d1363ef9threadv2.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000209427 | 7/8/2022 13:34 | | Anjelica Garcia; Kim Brooks; Stephanie Daniels | Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |

| Document ID | Date Sent | From | To | CC | Subject Line or Attachment File Name | Privilege Description |
|---|---|---|---|---|---|---|
| DOC-0000213541 | 7/8/2022 19:33 | Andra Brigmohan | Anjelica Garcia; Kim Brooks; Stephanie Daniels | Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000214140 | 2/21/2022 19:57 | Andra Brigmohan | Kim Brooks; Mike Vaccaro; Stephanie Daniels | | RE: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000217352 | 2/17/2022 16:50 | Mike Vaccaro | Kim Brooks | Andra Brigmohan; Stephanie Daniels | Re: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000217429 | 2/17/2022 16:23 | Stephanie Daniels | Kim Brooks; Mike Vaccaro | Andra Brigmohan | FW: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000219554 | 7/7/2022 18:34 | Andra Brigmohan | Stephanie Daniels | Anjelica Garcia; Kim Brooks; Sapna Pandya | Re: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000225724 | 7/13/2022 13:40 | Kim.Brooks@redbull.com | Stephanie Daniels | | 191121f209-0120-4cff-adf0-d4d59a0663d7cba3c851-a1ee-4c0b-b394-47dea8531871unqgblspaces.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000225724-0001 | | | | | Employment Matter Intake Sheet - Privileged.docx | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000240071 | 7/8/2022 10:41 | Anjelica Garcia | Kim Brooks; Stephanie Daniels | Andra Brigmohan; Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000241308 | 7/8/2022 16:49 | Kim Brooks | Andra Brigmohan | Anjelica Garcia; Sapna Pandya; Stephanie Daniels | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000242341 | 7/11/2022 8:35 | Stephanie Daniels | Anjelica Garcia; Kim Brooks | Andra Brigmohan; Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000250082 | 2/22/2022 8:55 | Stephanie Daniels | Andra Brigmohan | | RE: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000259129 | 3/8/2022 6:43 | Sapna Pandya | Sara Richards | Anjelica Garcia | FW: Regarding your accommodation request.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000259129-0001 | | | | | C. Leclerc Accomm Denial (KB edits 3.7.22).docx | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |

| Document ID | Date Sent | From | To | CC | Subject Line or Attachment File Name | Privilege Description |
|---|---|---|---|---|---|---|
| DOC-0000260263 | 7/11/2022 9:14 | Sapna Pandya | Anjelica Garcia; Kim Brooks; Stephanie Daniels | Andra Brigmohan | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000260299 | 7/8/2022 10:55 | Kim Brooks | Anjelica Garcia; Stephanie Daniels | Andra Brigmohan; Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000270359 | 7/8/2022 10:44 | | Anjelica Garcia; Kim Brooks | Andra Brigmohan; Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000287325 | 8/3/2022 14:30 | LegalHold.us | Eric Jacobson | | Leclerc Legal Hold Notice \| Privileged & Confidential.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000288288 | 7/8/2022 13:44 | Andra Brigmohan | Kim Brooks | Anjelica Garcia; Sapna Pandya; Stephanie Daniels | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000288331 | 7/7/2022 17:02 | Stephanie Daniels | Andra Brigmohan; Anjelica Garcia; Kim Brooks | Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000288421 | 7/19/2022 10:50 | Andra Brigmohan | Anjelica Garcia; Kim Brooks; Sapna Pandya; Stephanie Daniels | | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000288471 | 7/7/2022 19:30 | Stephanie Daniels | Andra Brigmohan; Anjelica Garcia; Kim Brooks; Sapna Pandya | | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000289010 | 7/8/2022 12:45 | Kim Brooks | Anjelica Garcia; Stephanie Daniels | Andra Brigmohan; Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000303399 | 6/14/2022 11:46 | Stephanie Daniels | Andra Brigmohan; Kim Brooks | | RE: Off Premise Sales Investigation - Privileged & Confidential .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000304028 | 2/21/2022 9:21 | Andra Brigmohan | Stephanie Daniels | | RE: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000306760 | 2/22/2022 9:10 | Andra Brigmohan | Mike Vaccaro | | RE: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000308499 | 7/5/2022 20:22 | Stephanie Daniels | Andra Brigmohan | Kim Brooks | Off Premise Investigation.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000314469 | 7/8/2022 10:02 | Kim Brooks | Anjelica Garcia; Stephanie Daniels | Andra Brigmohan; Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |

| Document ID | Date Sent | From | To | CC | Subject Line or Attachment File Name | Privilege Description |
|---|---|---|---|---|---|---|
| DOC-0000314532 | 7/22/2022 10:58 | Kim Brooks | Andra Brigmohan; Anjelica Garcia; Sapna Pandya; Stephanie Daniels | | ALIGN: Eric Anderson Follow-Up Investigation - privileged & confidential.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000316081 | 7/7/2022 19:26 | Sapna Pandya | Andra Brigmohan; Anjelica Garcia; Kim Brooks; Stephanie Daniels | | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000316354 | 7/21/2022 14:05 | Stephanie Daniels | Andra Brigmohan; Anjelica Garcia; Kim Brooks; Sapna Pandya | | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000317224 | 7/6/2022 10:01 | Kim Brooks | Andra Brigmohan; Stephanie Daniels | | RE: Off Premise Investigation.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000317335 | 7/5/2022 18:28 | | Andra Brigmohan | Kim Brooks | Off Premise Investigation.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000320029 | 2/21/2022 18:58 | Stephanie Daniels | Kim Brooks; Mike Vaccaro | Andra Brigmohan | FW: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000320189 | 8/9/2022 15:25 | Juan Castañeda | Kim Brooks; Stephanie Daniels | | EXT:Re: EXT:Re: Eric Anderson Follow-Up Interview .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000325030 | 7/8/2022 17:10 | Anjelica Garcia | Andra Brigmohan; Kim Brooks | Sapna Pandya; Stephanie Daniels | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000325322 | 6/14/2022 11:38 | Kim Brooks | Andra Brigmohan; Stephanie Daniels | | Off Premise Sales Investigation - Privileged & Confidential .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000327724 | 7/20/2022 17:33 | Anjelica Garcia | Andra Brigmohan; Kim Brooks; Sapna Pandya; Stephanie Daniels | | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000341440 | 11/29/2021 19:05 | Sapna Pandya | Anjelica Garcia | | Sapna Pandya mentioned you in "Jan RTRO policy & FAQ"..msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000341440-0005 | | | | | Jan RTRO policy & FAQ.docx | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000342451 | 7/29/2022 15:42 | Kim Brooks | Brandon Nelson | Sapna Pandya; Stephanie Daniels | RE: ALIGN: Eric Anderson Follow-Up Investigation - privileged & confidential.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000347347 | 7/8/2022 17:24 | Kim Brooks | Anjelica Garcia | Andra Brigmohan; Sapna Pandya; Stephanie Daniels | Re: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |

| Document ID | Date Sent | From | To | CC | Subject Line or Attachment File Name | Privilege Description |
|---|---|---|---|---|---|---|
| DOC-0000352828 | 7/7/2022 14:39 | Kim Brooks | Andra Brigmohan; Anjelica Garcia | Sapna Pandya; Stephanie Daniels | FW: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000352828-0001 | | | | | Cease and Desist Letter re Charles Leclerc.pdf | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000352995 | 7/8/2022 17:40 | Stephanie Daniels | Anjelica Garcia; Kim Brooks | Andra Brigmohan; Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000354460 | 2/18/2022 14:15 | Stephanie Daniels | Kim Brooks; Mike Vaccaro | Andra Brigmohan | RE: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000354647 | 8/8/2022 13:18 | Stephanie Daniels | Juan Castañeda; Kim Brooks | | RE: EXT:Re: Eric Anderson Follow-Up Interview .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000355121 | 2/17/2022 16:30 | Kim Brooks | Mike Vaccaro; Stephanie Daniels | Andra Brigmohan | RE: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000355204 | 2/18/2022 14:50 | Stephanie Daniels | Andra Brigmohan | | RE: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000358875 | 8/1/2022 12:28 | Brandon Nelson | Kim Brooks; Stephanie Daniels | Sapna Pandya | RE: ALIGN: Eric Anderson Follow-Up Investigation - privileged & confidential.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000360014 | 7/8/2022 10:46 | Stephanie Daniels | Anjelica Garcia; Kim Brooks | Andra Brigmohan; Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000360566 | 11/29/2021 19:57 | Anjelica Garcia | Sapna Pandya | | Anjelica Garcia mentioned you in "Jan RTRO policy & FAQ"..msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000360566-0005 | | | | | Jan RTRO policy & FAQ.docx | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000362239 | 2/18/2022 13:54 | Mike Vaccaro | Kim Brooks; Stephanie Daniels | Andra Brigmohan | RE: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000367760 | 7/7/2022 21:07 | Stephanie Daniels | Anjelica Garcia | Andra Brigmohan; Kim Brooks; Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000376245 | 3/16/2022 11:56 | Eric Jacobson | Takesha Clark | | RE: Accommodation denial for Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000381741 | 7/8/2022 13:43 | | Kim Brooks | Anjelica Garcia; Sapna Pandya; Stephanie Daniels | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |

| Document ID | Date Sent | From | To | CC | Subject Line or Attachment File Name | Privilege Description |
|---|---|---|---|---|---|---|
| DOC-0000385332 | 2/21/2022 22:25 | Kim Brooks | Andra Brigmohan | Mike Vaccaro; Stephanie Daniels | Re: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000385332-0002 | | | | | image002.png | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000385332-0003 | | | | | image003.png | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000385332-0004 | | | | | image004.png | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000386861 | 3/15/2022 9:13 | Stephanie Daniels | Andra Brigmohan | | Fwd: Accommodation denial for Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000387601 | 7/8/2022 13:01 | Anjelica Garcia | Kim Brooks; Stephanie Daniels | Andra Brigmohan; Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000396972 | 2/22/2022 8:27 | Mike Vaccaro | Andra Brigmohan; Kim Brooks; Stephanie Daniels | | RE: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000407944 | 7/7/2022 15:08 | Kim Brooks | Andra Brigmohan; Anjelica Garcia | Sapna Pandya; Stephanie Daniels | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000418957 | 2/22/2022 9:46 | Andra Brigmohan | Stephanie Daniels | | RE: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000422306 | 3/16/2022 11:56 | Eric Jacobson | Takesha Clark | | RE: Accommodation denial for Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000433888 | 7/7/2022 20:52 | Anjelica Garcia | Stephanie Daniels | Andra Brigmohan; Kim Brooks; Sapna Pandya | Re: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000437911 | 3/16/2022 13:47 | | Stephanie Daniels | | RE: Accommodation denial for Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000446437 | 12/6/2021 12:31 | Kim Brooks | Anjelica Garcia | | EXT:Kim Brooks replied to a comment in "Red Bull Vaccination or Regular Testing Policy".msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000446437-0005 | | | | | d58c453f-2a00-41bd-b569-befed184a4e8 | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |

| Document ID | Date Sent | From | To | CC | Subject Line or Attachment File Name | Privilege Description |
|---|---|---|---|---|---|---|
| DOC-0000446437-0006 | | | | | 2519794c-11a7-4100-b6d3-9c4bc2a6938d | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000446437-0013 | | | | | Red Bull Vaccination or Regular Testing Policy.docx | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000480511 | 8/3/2022 13:43 | Kim Brooks | Juan Castañeda | Stephanie Daniels | Eric Anderson Follow-Up Interview .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000483316 | 12/6/2021 12:47 | Anjelica Garcia | Kristin Carlson | | Anjelica Garcia mentioned you in "Red Bull Vaccination or Regular Testing Policy"..msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000483316-0005 | | | | | Red Bull Vaccination or Regular Testing Policy.docx | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000498632 | 7/14/2022 11:37 | Kim Brooks | Anjelica Garcia; Sapna Pandya; Stephanie Daniels | Andra Brigmohan | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000498632-0001 | | | | | 2022-07-13--Interview Notes of Eric Jacobson.pdf | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000498632-0009 | | | | | 2022-07-13--Interview Notes of Charles Leclerc from June 30, 2022.pdf | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000504446 | 7/8/2022 10:07 | Kim Brooks | Anjelica Garcia; Stephanie Daniels | Andra Brigmohan; Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000505283 | 7/7/2022 20:51 | Anjelica.Garcia@redbull.com | Stephanie Daniels | Andra Brigmohan; Kim Brooks; Sapna Pandya | Re: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000507322 | 7/8/2022 13:00 | | Kim Brooks; Stephanie Daniels | Andra Brigmohan; Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000522763 | 8/4/2022 12:48 | Stephanie Daniels | Juan Castañeda; Kim Brooks | | RE: Eric Anderson Follow-Up Interview .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000522886 | 8/1/2022 12:30 | Stephanie Daniels | Brandon Nelson; Kim Brooks | Sapna Pandya | RE: ALIGN: Eric Anderson Follow-Up Investigation - privileged & confidential.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000525362 | 8/10/2022 10:01 | Juan Castañeda | Stephanie Daniels | Kim Brooks | EXT:Re: EXT:Re: EXT:Re: EXT:Re: Eric Anderson Follow-Up Interview .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |

| Document ID | Date Sent | From | To | CC | Subject Line or Attachment File Name | Privilege Description |
|---|---|---|---|---|---|---|
| DOC-0000525889 | 8/8/2022 13:09 | Stephanie Daniels | Juan Castañeda; Kim Brooks | | RE: EXT:Re: Eric Anderson Follow-Up Interview .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000535582 | 2/18/2022 13:13 | Kim Brooks <Kim.Brooks@redbull.com> | Mike Vaccaro; Stephanie Daniels | Andra Brigmohan | RE: COVID Weekly Testing Policy - Follow Up .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000541431 | 8/10/2022 9:32 | Stephanie Daniels | Juan Castañeda | Kim Brooks | Re: EXT:Re: EXT:Re: EXT:Re: Eric Anderson Follow-Up Interview .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000543468 | 8/4/2022 12:16 | Kim Brooks | Juan Castañeda; Stephanie Daniels | | RE: Eric Anderson Follow-Up Interview .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000543468-0001 | | | | | Screenshot 2022-08-03 at 4.20.48 PM.png | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000543468-0002 | | | | | Video.mov | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000543610 | 7/11/2022 11:22 | Stephanie Daniels | Kim Brooks | | Off Premise Investigation - Follow Up.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000543610-0001 | | | | | Script CLC - Edits 7.11.22 + Recap Summary.docx | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000546220 | 8/9/2022 21:09 | Stephanie Daniels | Juan Castañeda; Kim Brooks | | RE: EXT:Re: EXT:Re: Eric Anderson Follow-Up Interview .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000546370 | 8/3/2022 13:50 | Kim Brooks | Juan Castañeda | Stephanie Daniels | RE: Eric Jacobson Follow-Up Interview .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000546833 | 8/3/2022 14:30 | LegalHold.us | Stephanie Daniels | | Leclerc Legal Hold Notice \| Privileged & Confidential.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000549461 | 11/29/2021 20:10 | Anjelica Garcia | Sapna Pandya | | Anjelica Garcia mentioned you in "Jan RTRO policy & FAQ"..msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000549461-0005 | | | | | Jan RTRO policy & FAQ.docx | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000565758 | 8/4/2022 13:05 | Kim Brooks | Juan Castañeda; Stephanie Daniels | | RE: Eric Anderson Follow-Up Interview .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |

| Document ID | Date Sent | From | To | CC | Subject Line or Attachment File Name | Privilege Description |
|---|---|---|---|---|---|---|
| DOC-0000579148 | 8/1/2022 12:15 | Kim Brooks | Brandon Nelson; Stephanie Daniels | Sapna Pandya | RE: ALIGN: Eric Anderson Follow-Up Investigation - privileged & confidential.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000579298 | 7/29/2022 16:55 | Sapna Pandya | Brandon Nelson | Kim Brooks; Stephanie Daniels | Re: ALIGN: Eric Anderson Follow-Up Investigation - privileged & confidential.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000590462 | 7/8/2022 18:07 | | Anjelica Garcia; Kim Brooks; Stephanie Daniels | Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000591187 | 8/5/2022 15:55 | Juan Castañeda | Kim Brooks; Stephanie Daniels | | EXT:Re: Eric Anderson Follow-Up Interview .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000595035 | 8/5/2022 15:30 | Kim Brooks | Juan Castañeda; Stephanie Daniels | | RE: Eric Jacobson Follow-Up Interview .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000595035-0001 | 8/5/2022 8:22 | Stephanie Daniels | Kim Brooks | | FW Charles Eric messages with NickoleJen.msg | Communications with legal counsel in connection with anticipated or pending litigation. |
| DOC-0000604729 | 7/13/2022 14:58 | Dani Harris | RedBull, USA Talent Operations | Josh Kim; Stephanie Daniels | Amplify Report Request: Former RBNA Employee.msg | Communications at the direction of legal counsel in connection with anticipated or pending litigation. |
| DOC-0000605730 | 12/6/2021 9:28 | Kristin Carlson | Anjelica Garcia | | EXT:Kristin Carlson replied to a comment in "Red Bull Vaccination or Regular Testing Policy".msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000605730-0005 | | | | | Red Bull Vaccination or Regular Testing Policy.docx | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000613117 | 7/7/2022 16:58 | | Andra Brigmohan; Anjelica Garcia; Kim Brooks | Sapna Pandya | RE: EXT:Cease and Desist: Retaliation and Discrimination Against Charles Leclerc.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000615073 | 7/29/2022 16:20 | Brandon Nelson | Kim Brooks; Sapna Pandya | Stephanie Daniels | RE: ALIGN: Eric Anderson Follow-Up Investigation - privileged & confidential.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000632257 | 8/10/2022 9:32 | Stephanie Daniels | Juan Castañeda | Kim Brooks | Re: EXT:Re: EXT:Re: EXT:Re: Eric Anderson Follow-Up Interview .msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000632966 | 12/6/2021 12:08 | Sara Richards | Anjelica Garcia; Kristin Carlson; Lily Lysle; Mike Vaccaro | | Sara Richards shared "RTRO Policy Overview & Guides" with you..msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000632966-0006 | | | | | RTRO Policy Overview & Guides.pptx | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000632966-0006-0013 | | | | | image7.svg | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |

| Document ID | Date Sent | From | To | CC | Subject Line or Attachment File Name | Privilege Description |
|---|---|---|---|---|---|---|
| DOC-0000637863 | 7/8/2022 18:25 | Stephanie Daniels | Kim Brooks | | Attachment.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000637863-0001 | | | | | Script CLC.docx | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000640160 | 12/6/2021 12:59 | Sara Richards | Anjelica Garcia | | EXT:Sara Richards replied to a comment in "Red Bull Vaccination or Regular Testing Policy".msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000640160-0008 | | | | | f0237948-3e00-412c-ba1d-92a777c76bf2 | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000640160-0009 | | | | | 62465a3e-38b7-4676-abf5-f1660fb502cf | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000640160-0010 | | | | | 5aea71ed-eb12-4f71-8353-dd8a8f1755c7 | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000640160-0011 | | | | | ab75432f-dac2-42bc-92db-b714b4e9bd1e | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000640160-0012 | | | | | fb4e0118-1cbb-47fe-a8b5-8e5cf9a30157 | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |
| DOC-0000640160-0019 | | | | | Red Bull Vaccination or Regular Testing Policy.docx | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000640202 | 3/8/2022 11:41 | Sapna Pandya | Sara Richards | Anjelica Garcia | RE: Regarding your accommodation request.msg | Communications with legal counsel for the purpose of requesting, obtaining, and/or providing legal advice. |
| DOC-0000641133 | 7/14/2022 10:27 | HR Talent Operations | | Stephanie Daniels | EXT:Amplify Report Request: Former RBNA Employee.msg | Communications at the direction of counsel for the purpose of requesting, obtaining, and/or providing legal advice in anticipation of litigation. |