FILED
11/15/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Case No: 1:26-CV-07715

Charles Leclerc v. Red Bull North America, Inc., et al.
Case No. 1:26-cv-07715
Judge Sharon Johnson Coleman

# SUPPLEMENTAL EXHIBIT E

## November 11, 2026 respondent request for conference

1 source page follows this identifying cover.

This cover is not part of the original document. References to pages of this exhibit exclude this cover.

GT GreenbergTraurig

Addison Schlatter
Tel 312.236.4325
Mobile 913.620.4246
Fax 312.456.8435
Addison.Schlatter@gtlaw.com

November 11, 2026

**Via JAMS Portal**
Hon. John C. Griffin (Ret.)
JAMS
71 South Wacker Drive, Ste.2400
Chicago, IL 60606

Re: **Respondent's Request for Conference to Discuss Motion Dispute**
**Leclerc, Charles v. Red Bull North America, Inc. - JAMS Ref. No.: 5340001145**

Dear Hon. Griffin,

In connection with 1) Respondent's Motion for Entry of Second Amended Confidentiality Order and Motion for Proposed Case Management Order filed on November 6, 2026, and 2) Claimant's Consolidated Procedural Objection to Respondent's Motions and Request for Expedited leave to Seek a Temporary Stay and Immediate Interim Suspension filed on November 8, 2026, Respondent respectfully requests that Arbitration Griffin conduct a virtual conference with the parties to discuss their submissions and the status of this matter.

Regards,

/s/ Addison Schlatter
Addison Schlatter
Associate

AS: