FILED
11/15/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Case No: 1:26-CV-07715

Charles Leclerc v. Red Bull North America, Inc., et al.
Case No. 1:26-cv-07715
Judge Sharon Johnson Coleman

# SUPPLEMENTAL EXHIBIT H

## July 23, 2026 to July 27, 2026 email chain including proposed forum agreement and refusal

4 source pages follow this identifying cover.

Complete four-page chain, including the proposal, response declining dismissal, and surrounding correspondence.

This cover is not part of the original document. References to pages of this exhibit exclude this cover.

Outlook

**RE: Leclerc v. Red Bull - Case No. 1:26-cv-07715**

**From** David.Stein@gtlaw.com <David.Stein@gtlaw.com>
**Date** Mon 7/27/2026 10:24 PM
**To** charles_leclerc@outlook.com <charles_leclerc@outlook.com>; Addison.Schlatter@gtlaw.com <Addison.Schlatter@gtlaw.com>
**Cc** angelettik@gtlaw.com <angelettik@gtlaw.com>; Monica.Rivera@gtlaw.com <Monica.Rivera@gtlaw.com>; essertier@verticalpowersystems.com <essertier@verticalpowersystems.com>

Ok, then we need not have a call on Thursday if you have no interest in exploring the idea.

---

**From:** Charles Leclerc <charles_leclerc@outlook.com>
**Sent:** Monday, July 27, 2026 10:23 PM
**To:** Stein, David (Shld-CHI-Labor-EmpLaw-LT) <David.Stein@gtlaw.com>; Schlatter, Addison (Assoc-CHI-Labor-EmpLaw) <Addison.Schlatter@gtlaw.com>
**Cc:** Angeletti, Kara E. (Assoc-CHI-App-Labor-EmpLaw) <angelettik@gtlaw.com>; Rivera, Monica (Para-CHI-Labor-EmpLaw) <Monica.Rivera@gtlaw.com>; essertier@verticalpowersystems.com
**Subject:** RE: Leclerc v. Red Bull - Case No. 1:26-cv-07715

Hi Dave,

At this time, I do not intend to dismiss the arbitration.

Best,

Charles

---

**From:** David.Stein@gtlaw.com <David.Stein@gtlaw.com>
**Sent:** Monday, July 27, 2026 8:53 PM
**To:** charles_leclerc@outlook.com; Addison.Schlatter@gtlaw.com
**Cc:** angelettik@gtlaw.com; Monica.Rivera@gtlaw.com
**Subject:** Re: Leclerc v. Red Bull - Case No. 1:26-cv-07715

I'd like to discuss whether you would be willing to dismiss the arbitration without prejudice and proceed in federal court. We can talk about the details on Thursday, but I think we can all agree that the arbitrator is not moving the case along, and both sides agreeing to forego the arbitration clause and move the matter to federal court could be a way to move the matter to resolution more quickly.

I'll provide some windows to speak if you are open to the concept to see whether we can come to an agreement on how we proceed in that vein.

Thanks,
Dave

---

**From:** Charles Leclerc <charles_leclerc@outlook.com>
**Sent:** Monday, 27 July 2026 18:44:38
**To:** Stein, David (Shld-CHI-Labor-EmpLaw-LT) <David.Stein@gtlaw.com>; Schlatter, Addison (Assoc-CHI-Labor-EmpLaw) <Addison.Schlatter@gtlaw.com>
**Cc:** Angeletti, Kara E. (Assoc-CHI-App-Labor-EmpLaw) <angelettik@gtlaw.com>; Rivera, Monica (Para-CHI-Labor-EmpLaw) <Monica.Rivera@gtlaw.com>
**Subject:** Re: Leclerc v. Red Bull - Case No. 1:26-cv-07715

David,

Sure, we can meet with a zoom call with you, my representative, me, and, if you wish, you can include Addison.

Tomorrow, Tues. July 28, I have a full schedule at my work, and would be unavailable. Wed, July 29, my representative will be on the road all day. Thurs July 30, works for us, but please give us a time range so I can free up some time at work. I checked with my representative, Robert Essertier, and he too is available any time Thursday assuming we know approximately what time you had in mind.

In the future make sure to include Robert Essertier, essertier@verticalpowersystems.com, in all correspondence regarding the arbitration. As you know, he is my Representative in that proceeding.

If you know specifically the topics of the arbitration that we would be discussing on the phone call, we could be better prepared if you told us what they are before Thursday.

Charles Leclerc
+1 (612) 600-4044

---

**From:** David.Stein@gtlaw.com <David.Stein@gtlaw.com>
**Sent:** Monday, 27 July 2026 15:11:45
**To:** charles_leclerc@outlook.com <charles_leclerc@outlook.com>; Addison.Schlatter@gtlaw.com <Addison.Schlatter@gtlaw.com>
**Cc:** angelettik@gtlaw.com <angelettik@gtlaw.com>; Monica.Rivera@gtlaw.com <Monica.Rivera@gtlaw.com>
**Subject:** RE: Leclerc v. Red Bull - Case No. 1:26-cv-07715

Charles,

Wondering if you have time for a 10 minute call tomorrow regarding the arbitration matter. Please let me know if you have any availability.

Regards,
Dave Stein

---

**From:** Charles Leclerc <charles_leclerc@outlook.com>
**Sent:** Thursday, July 23, 2026 10:11 AM
**To:** Schlatter, Addison (Assoc-CHI-Labor-EmpLaw) <Addison.Schlatter@gtlaw.com>
**Cc:** Stein, David (Shld-CHI-Labor-EmpLaw-LT) <David.Stein@gtlaw.com>; Angeletti, Kara E. (Assoc-CHI-App-Labor-EmpLaw) <angelettik@gtlaw.com>; Rivera, Monica (Para-CHI-Labor-EmpLaw) <Monica.Rivera@gtlaw.com>
**Subject:** Re: Leclerc v. Red Bull - Case No. 1:26-cv-07715

***EXTERNAL TO GT***

Addison,

Thank you for informing me of Greenberg Traurig's intended representation and extension request. Please note the following:

**Representation**
I note your firm's intent to represent Red Bull North America, Inc., Kim Brooks, and Juan Castaneda. I understand Ogletree Deakins will have separate counsel. Please ensure all notices of appearance are filed promptly.

**Extension Request**
I object to the requested extension to September 2, 2026 for the following reasons:

1. No good cause exists. The lead attorney on this matter, David Stein, is available. Greenberg Traurig has ample resources to meet the existing deadlines. An associate's scheduled vacation does not constitute good cause to delay the entire case.

2. This matter is not new to your firm or your client(s). Draft versions of the complaint were provided to Red Bull's counsel and Ms. Brooks throughout June 2026, prior to filing. Greenberg Traurig appeared in the controversy on June 22, 2026, attended a meet-and-confer on July 10, 2026 and admitted to have downloaded the complaint, just hours before on the same day Red Bull, Ogletree Deakins, and Mr. Castaneda were served. Defendant(s) and your firm have now had the complaint in its possession—in draft or filed form—for at least approximately a month. This is not a surprise requiring additional time.

3. The requested extension would override the Court's schedule. A joint status report is due on or before August 29, 2026. An in-person hearing is scheduled for September 1, 2026. Extending the responsive pleading deadline to September 2 would render both the status report and the hearing effectively meaningless, as no response would be filed and the parties' positions would not be joined. The Court scheduled this hearing for a reason, and the parties should respect that schedule. Red Bull throughout this controversy has been notorious at not meeting assigned deadlines despite its ample resources. I have never missed a deadline, nor have I ever asked for an extension. There is no good cause, and there have never been any beforehand either.

4. The existing deadlines already provided 21 days. That is the standard period under Rule 12(a). Your firm has had the complaint in some form for well over that period already.

For these reasons, I object to the extension as requested. The defendants should respond by their current deadlines: July 31, 2026 for Red Bull North America, Inc., Ogletree Deakins, and Juan Castaneda, and August 2 or 3, 2026 for Kim Brooks.

I am prepared to proceed and look forward to the status report and hearing as scheduled.

Sincerely,

Charles Leclerc
Plaintiff, Pro Se

---

**From:** Addison.Schlatter@gtlaw.com <Addison.Schlatter@gtlaw.com>
**Sent:** Thursday, July 23, 2026 9:28 AM
**To:** charles_leclerc@outlook.com <charles_leclerc@outlook.com>
**Cc:** David.Stein@gtlaw.com <David.Stein@gtlaw.com>; angelettik@gtlaw.com <angelettik@gtlaw.com>; Monica.Rivera@gtlaw.com <Monica.Rivera@gtlaw.com>
**Subject:** Leclerc v. Red Bull - Case No. 1:26-cv-07715

Hi Charles,

I'm following up on your previous inquiry regarding the scope of our representation in the Leclerc v. Red Bull federal case. We anticipate representing RBNA, Kim Brooks, and Juan Castaneda. We'll be filing our appearances shortly.

As I mentioned previously, I am leaving for my honeymoon in early August and will be out until the 21st. Due to my travel and the overlapping responsive pleading deadlines in this case, we intend to seek a routine extension of time to and through September 2, 2026 to respond to the complaint. This is 30 days after Kim Brook's responsive pleading deadline of August 3, 2026, and will align the responsive pleading deadlines of the three defendants we intend to represent.

Please let us know your position on the extension so that we can note it in our motion.

Thank you,

**Addison Schlatter**
Associate

Greenberg Traurig, LLP
360 North Green Street | 1300 | Chicago, IL 60607
T +1 312.236.4325
Addison.Schlatter@gtlaw.com | www.gtlaw.com | View GT Biography

GT GreenbergTraurig

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.