FILED
11/15/2026
THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT
BC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Case No: 1:26-CV-07715

Charles Leclerc v. Red Bull North America, Inc., et al.
Case No. 1:26-cv-07715
Judge Sharon Johnson Coleman

**SUPPLEMENTAL EXHIBIT M**

November 13, 2026 conference-availability email and Plaintiff's response

2 source pages follow this identifying cover.

Complete two-page email exchange supplied by Plaintiff, including Deborah Stewart's conference-availability message and Charles Leclerc's response. Displayed dates, times, text, and original pagination are retained without alteration.

This cover is not part of the original document.
References to this exhibit exclude this cover.

**charles_leclerc@outlook.com**

---

| | |
|---|---|
| **From:** | Charles Leclerc <charles_leclerc@outlook.com> |
| **Sent:** | Friday, November 13, 2026 3:05 PM |
| **To:** | Deborah Stewart; Robert Essertier; David.Stein@gtlaw.com; Addison.Schlatter@gtlaw.com; jessica.kavanaugh@gtlaw.com |
| **Subject:** | Re: Leclerc, Charles v. Red Bull North America, Inc. - JAMS# 5340001145 Your availability for a Call with the Arbitrator |

Dear Ms. Stewart,

There was no request from "the parties"; there was a request from Red Bull only. Order No. 25 requires **prior permission** to file motions. Respondent's November 6 attempt to file motions without permission is a violation of Griffin's clearly ordered rules. There are no procedurally valid motions on the docket today for the Arbitrator's consideration. We renew our November 8 demand that those motions be **denied and stricken**, and object to using a conference to bypass that express requirement.
The May 14 permission request to compel the Adobe source package or obtain an alternative subpoena has been fully briefed by both parties has been awaiting Griffin's ruling for 6 months. There is no need for a session and call on this matter; we simply need a ruling.

Likewise, our procedurally valid November 8 request for expedited leave and immediate interim suspension remains pending, and we await a decision on that from Griffin. There is no need for a session on that either.

Please remind Griffin that these requests need his attention.

All objections and reservations stated in my November 8 filings remain expressly preserved.

Regards,

Charles Leclerc

Get Outlook for iOS

---

**From:** Deborah Stewart <DStewart@JAMSADR.com>
**Sent:** Friday, 13 November 2026 14:41:30
**To:** Robert Essertier <essertier@verticalpowersystems.com>; Charles Leclerc <charles_leclerc@outlook.com>; David.Stein@gtlaw.com <David.Stein@gtlaw.com>; Addison.Schlatter@gtlaw.com <Addison.Schlatter@gtlaw.com>; jessica.kavanaugh@gtlaw.com <jessica.kavanaugh@gtlaw.com>
**Subject:** Leclerc, Charles v. Red Bull North America, Inc. - JAMS# 5340001145 Your availability for a Call with the Arbitrator

Dear Counsel:

We understand the Parties request for a Call with the Arbitrator, and Judge Griffin is available for your Call next week as follows:

Wednesday, 11/18/26, at

11:00 AM PT / 1:00 PM CT or
11:30 AM PT / 1:30 PM CT or
12:00 NOON PT / 2:00 PM CT or
12:30 PM PT / 2:30 PM CT or

Thursday, 11/19/26, at
11:00 AM PT / 1:00 PM CT or
11:30 AM PT / 1:30 PM CT or
12:00 NOON PT / 2:00 PM CT or
12:30 PM PT / 2:30 PM CT or

Friday, 11/20/26, at
10:00 AM PT / 12:00 NOON CT or
10:30 AM PT / 12:30 PM CT or
11:00 AM PT / 1:00 PM CT or
11:30 AM PT / 1:30 PM CT or
12:00 NOON PT / 2:00 PM CT or
12:30 PM PT / 2:30 PM CT.

We look forward to hearing from you and scheduling the Call.

Have a great weekend!

Sincerely,

Deb Stewart for Natasha Erese

**Deborah Stewart**
Senior Case Manager
P: 312-655-9192
dstewart@jamsadr.com

JAMS

71 S. Wacker Dr.
Suite 2400
Chicago, IL 60606
P: 312-655-0555
www.jamsadr.com

*For complex mediation, the choice is simple. JAMS offers a respected panel of highly experienced mediators, who resolve even the most challenging disputes.* ***Learn more***.