**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Charles Leclerc
Plaintiff,
v.
Case No.: 1:26−cv−07715
Honorable Sharon Johnson Coleman
Red Bull North America, Inc., et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 17, 2026:

MINUTE entry before the Honorable Sharon Johnson Coleman: The Court has reviewed Mr. Leclerc's motion for a preliminary injunction [69] and associated filings. The motion is denied. First, it is clear from the face of the motion that the issue is unripe for adjudication, as the arbitrator has not yet ruled on whether to adopt the schedule that Red Bull proposed. See Capeheart v. Terrell, 695 F.3d 681, 684 (7th Cir.2012) ("A claim for injunctive relief is unripe if it involves uncertain or contingent events that may not occur as anticipated, or not occur at all." (internal quotation marks omitted)). Even if the arbitrator does adopt the schedule, the Court is skeptical that it has jurisdiction to tell Red Bull how to litigate in an arbitration proceeding. See Hennessy Indus., Inc. v. Nat'l Union Fire Ins. Co. of Pittsburgh, PA, 770 F.3d 676, 678 (7th Cir. 2014) ("A party to arbitration can't, while the arbitration of an issue is proceeding, ask a [district] court to weigh in on the issue."). Mr. Leclerc has identified no source of authority permitting such action from this Court, and the Court is not aware of anything in the Federal Arbitration Act, 9 U.S.C. § 1 et seq., that would permit it. There also does not seem to be any risk of irreparable harm, as any decision of the arbitrator that did not permit Mr. Leclerc to fairly litigate his arbitration would be suspect upon judicial review. See Bartlit Beck LLP v. Okada, 25 F.4th 519, 523 (7th Cir. 2022) ("[A]n arbitral award may be vacated where there has been a denial of fundamental fairness."). For these reasons, and others not addressed here, the Court determines that no injunctive relief is warranted. The motion is denied. Presentment set for 12/1/2026 is stricken. Mailed notice. (ym)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.